**WILK AUSLANDER LLP**
1515 Broadway, 43rd Floor
New York, New York 10036
(212) 981-2300
Eric J. Snyder, Esq.
Eloy A. Peral, Esq.

*Counsel for Plaintiff/Debtor*

**SILVERMAN SHIN & BYRNE PLLC**
Wall Street Plaza
88 Pine Street, 22nd Floor
New York, New York 10005
(212) 779-8600
Peter R. Silverman, Esq.
Donald F. Schneider, Esq.

*Special Counsel for Plaintiff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
In re:                                                         :
                                                               :  Case No. 16-12043 (SHL)
45 JOHN LOFTS, LLC                                             :
                                                               :  Chapter 11
                           Debtor,                             :
-------------------------------------------------------------- X
45 JOHN LOFTS, LLC,                                            :
                                                               :
                           Plaintiff,                          :  Adv. Pro. No. 17-01179
                                                               :  (SHL)
-against-                                                      :
                                                               :
MERIDIAN CAPITAL GROUP LLC,                                    :
CROWN MANSION LLC, BO JIN ZHU,                                 :
MEGA INTERNATIONAL COMMERCIAL                                  :
BANK, CONGREGATION KAHAL MINCHAS                               :
CHINUCH, CHAIM SCHIYA BABAD,                                   :
RELIABLE ABSTRACT CO., LLC,                                    :
ABRAHAM MANDEL, TOBY MANDEL,                                   :
SILVER GOLD GROUP LLC,                                         :
JOSEPH BRUNNER, JOSEPH SEGEL,                                  :
DAVID JANKLOWICZ, MORRIS LOWY,                                 :
MITCHELL KIRSCHNER, JERRY LOWY,                                :
ISAAC GREENFELD, AND                                           :
RENATUS PORTFOLIO COMPANY, LLC,                                :
                                                               :
                           Defendants.                         :
-------------------------------------------------------------- X

00998731.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   : ss.:
COUNTY OF NEW YORK )

JOHN STAUDER, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in New York, New York.

2. On October 13, 2017, I served a true copy of the Summons and Notice of Pre-Trial Conference (Docket #3) and Complaint (Docket #1) by placing the within in a post-paid wrapper and entrusting it to a Wilk Auslander LLP employee for delivery by first-class mail by the USPS to the following on the attached list:

See attached.

_____
JOHN STAUDER

Sworn to before me this
16th day of October 2017

_____
Notary Public

TEN LIN LEE WYATT
Notary Public, State of New York
No. 01WY2203250
Qualified in Queens County
Commission Expires July 31, 2021

2

00998731.1

## SERVICE LIST

| | |
|---|---|
| Meridian Capital Group LLC<br>1 Battery Park Plaza, 26th Floor<br>New York, NY 10004 | Meridian Capital Group LLC<br>800 Third Avenue, 38th Floor<br>New York, NY 10022 |
| Crown Mansion LLC<br>41-68 Main St.<br>Flushing, NY 11355 | Crown Mansion LLC<br>11 East Broadway, Suite 7B<br>New York, NY 10038 |
| Bo Jin Zhu<br>60 Henry Street, 2E<br>New York, NY 10002-6963 | Bo Jin Zhu<br>86-26 Queens Boulevard<br>Elmhurst, NY 11373 |
| Mega International Commercial Bank<br>65 Liberty Street<br>New York, NY 10005 | Mega International Commercial Bank<br>Registered Agent<br>Yiming Ko<br>445 S. Figueroa St., Suite 1900<br>Los Angeles, CA 90071 |
| Congregational Kahal Minchas Chinuch<br>1452 55th St., 1C<br>Brooklyn, NY 11219 | Congregational Kahal Minchas Chinuch<br>Mark E. Roth (Registered Agent)<br>666 Grand Ave., Suite 2000<br>Des Moines, IA 50309 |
| Chaim Schiya Babad<br>5116 11th Avenue<br>Brooklyn, NY 11219 | Chaim Schiya Babad<br>Babad Management<br>1531 57th Street<br>Brooklyn, NY 11219 |
| Chaim Schiya Babad<br>Mark E. Roth (Registered Agent)<br>666 Grand Avenue, Suite 2000<br>Des Moines, IA 50309 | Reliable Abstract Co., LLC<br>266 Broadway, Suite 304<br>Brooklyn, NY 11211 |
| Abraham Mandel<br>169 S 9th Street<br>Brooklyn, NY 11211 | Toby Mandel<br>169 S 9th Street<br>Brooklyn, NY 11211 |
| Silver Gold Group LLC<br>1801 59th Street<br>Brooklyn, NY 11204 | Joseph Brunner<br>1801 59th Street<br>Brooklyn, NY 11204 |

| | |
|---|---|
| Joseph Brunner<br>c/o Hansen Law PLLC<br>52 Vanderbilt Avenue<br>Suite 1007<br>New York, NY 10017 | Joseph Segal<br>c/o Treff & Lowy PLLC<br>As Nominee Under Loan<br>Dated May 30, 2014<br>342 Bedford Avenue<br>Brooklyn, NY 11249 |
| David Janklowitz<br>c/o Treff & Lowy PLLC<br>As Nominee Under Loan Dated<br>May 30, 2014<br>342 Bedford Avenue<br>Brooklyn, NY 11249 | Morris Lowy<br>c/o Treff & Lowy PLLC<br>As Nominee Under Loan Dated<br>May 30, 2014<br>342 Bedford Avenue<br>Brooklyn, NY 11249 |
| Mitchell Kirschner<br>c/o Treff & Lowy PLLC<br>As Nominee Under Loan Dated<br>May 30, 2014<br>342 Bedford Avenue<br>Brooklyn, NY 11249 | Jerry Lowy<br>c/o Treff & Lowy PLLC<br>As Nominee Under Loan Dated<br>May 30, 2014<br>342 Bedford Avenue<br>Brooklyn, NY 11249 |
| Isaac Greenfeld<br>c/o Treff & Lowy PLLC<br>As Nominee Under Loan<br>Dated May 30, 2014<br>342 Bedford Avenue<br>Brooklyn, NY 11249 | Renatus Portfolio Company LLC<br>10 Bank Street, Suite 560<br>White Plains, NY 10606 |
| Reliable Abstract Co., LLC<br>c/o Jacob H. Nemon, Esq.<br>Carter Ledyard & Milburn LLP<br>Two Wall Street<br>New York, NY 10005 | Renatus Portfolio Company LLC<br>United Corporate Services, Inc.<br>REGISTERED AGENT<br>10 Bank Street, Suite 560<br>White Plains, NY 10606 |
| Renatus Portfolio Company LLC<br>The Renatus Group<br>271 Madison Ave., 18th Floor<br>New York, NY 10016 | Abraham Mandel<br>c/o Hansen Law PLLC<br>52 Vanderbilt Avenue<br>Suite 1007<br>New York, NY 10017 |