**COLE SCHOTZ P.C.**
Court Plaza North
1325 Avenue of the Americas – 19th Floor
New York, New York 10019
(212) 752-8000
Leo V. Leyva, Esq.
James T. Kim, Esq.

*Counsel for Defendants Abraham Mandel, Toby Mandel,*
*Silver Gold Group LLC, Joseph Brunner, Joseph Segel,*
*David Janklowicz, Morris Lowy, Mitchell Kirschner,*
*Jerry Lowy, Issac Greenfeld, and Renatus Portfolio Company, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Case No. 16-12043 (SHL) |
| | : | |
| | : | Chapter 11 |
| 45 JOHN LOFTS, LLC, | : | |
| | : | |
| | : | |
| Debtor, | : | |
| …………………………………………………… | : | |
| 45 JOHN LOFTS, LLC, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 17-01179 (SHL) |
| -against- | : | |
| | : | |
| MERIDIAN CAPITAL GROUP LLC, CROWN | : | **RULE 7007.1 CORPORATE** |
| MANSION LLC, BO JIN ZHU, MEGA | : | **OWNERSHIP STATEMENT BY** |
| INTERNATIONAL COMMERCIAL BANK, | : | **DEFENDANT RENATUS** |
| CONGREGATION KAHAL MINCHAS CHINUCH, | : | **PORTFOLIO COMPANY, LLC** |
| CHAIM SCHIYA BABAD, RELIABLE ABSTRACT | : | |
| CO., LLC, ABRAHAM MANDEL,TOBY MANDEL, | : | |
| SILVER GOLD GROUP LLC, JOSEPH BRUNNER, | : | |
| JOSEPH SEGEL, DAVID JANKLOWICZ, MORRIS | : | |
| LOWY, MITCHELL KIRSCHNER, JERRY LOWY, | : | |
| ISSAC GREENFELD, AND RENATUS | : | |
| PORTFOLIO COMPANY, LLC, | : | |
| | : | |
| Defendants. | : | |
| …………………………………………………….... | : | |

57314/0001-15274176v1

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure Defendant, Renatus Portfolio Company, LLC ("Renatus"), a limited liability company formed and existing pursuant to the laws of the State of New York, hereby states, by and through counsel, that there are no corporate entities that own, either directly or indirectly, an interest of ten percent (10%) or more in Renatus.

Dated: New York, New York
December 18, 2017

COLE SCHOTZ P.C.

By: /s/ Leo V. Leyva
Leo V. Leyva
James T. Kim
1325 Avenue of the Americas, 19th Floor
New York, New York 10019
(212) 752-8000 (Phone)
(212) 752-8393 (Fax)
*Counsel for Defendants,*
*Abraham Mandel, Toby Mandel, Silver Gold Group LLC, Joseph Brunner, Joseph Segel, David Janklowicz, Morris Lowy, Mitchell Kirschner, Jerry Lowy, Issac Greenfeld, and Renatus Portfolio Company, LLC*