**COLE SCHOTZ P.C.**
1325 Avenue of the Americas – 19th Floor
New York, New York 10019
(212) 752-8000
Leo V. Leyva, Esq.
James T. Kim, Esq.
Brian P. Matthews, Esq.

*Counsel for Defendants, Abraham Mandel, Toby Mandel,*
*Silver Gold Group LLC, Joseph Brunner, Joseph Segel,*
*David Janklowicz, Morris Lowy, Mitchell Kirschner,*
*Jerry Lowy, Issac Greenfeld, and Renatus Portfolio Company, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Case No. 16-12043 (SHL) |
| | : | |
| 45 JOHN LOFTS, LLC, | : | Chapter 11 |
| | : | |
| Debtor, | : | |
| ................................................................ | : | |
| 45 JOHN LOFTS, LLC, | : | Adv. Pro. No. 17-01179 (SHL) |
| | : | |
| Plaintiff, | : | |
| | : | **NOTICE OF APPEARANCE** |
| -against- | : | **AND REQUEST FOR SERVICE** |
| | : | **OF PAPERS BY BRIAN P.** |
| MERIDIAN CAPITAL GROUP LLC, CROWN MANSION LLC, BO JIN ZHU, MEGA INTERNATIONAL COMMERCIAL BANK, CONGREGATION KAHAL MINCHAS CHINUCH, CHAIM SCHIYA BABAD, RELIABLE ABSTRACT CO., LLC, ABRAHAM MANDEL, TOBY MANDEL, SILVER GOLD GROUP LLC, JOSEPH BRUNNER, JOSEPH SEGEL, DAVID JANKLOWICZ, MORRIS LOWY, MITCHELL KIRSCHNER, JERRY LOWY, ISSAC GREENFELD, AND RENATUS PORTFOLIO COMPANY, LLC, | : | **MATTHEWS, ESQ. ON BEHALF OF ABRAHAM MANDEL, TOBY MANDEL, SILVER GOLD GROUP LLC, JOSEPH BRUNNER, JOSEPH SEGEL, DAVID JANKLOWICZ, MORRIS LOWY, MITCHELL KIRSCHNER, JERRY LOWY, ISSAC GREENFELD, AND RENATUS PORTFOLIO COMPANY, LLC** |
| Defendants. | : | |
| ................................................................ | : | |

**PLEASE TAKE NOTICE** that the Defendants, Abraham Mandel ("Abraham"), Toby Mandel ("Toby"), Silver Gold Group LLC ("SGG"), Joseph Brunner ("Brunner"), Joseph Segel ("Segel"), David Janklowicz ("Janklowicz"), Morris Lowy ("Morris"), Mitchell Kirschner ("Kirschner"), Jerry Lowy ("Jerry"), Issac Greenfeld ("Greenfeld"), and Renatus Portfolio Company, LLC ("RPC") (collectively the "Defendants"), hereby appears in the above-captioned case and adversarial proceeding through their counsel Cole Schotz P.C. pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the counsel identified below at the following address:

**COLE SCHOTZ P.C.**
Brian P. Matthews, Esq.
1325 Avenue of the Americas – 19th Floor
New York, New York 10019
Telephone: 201-525-6269
Facsimile: 201-678-6269
bmatthews@coleschotz.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, requests, suggestions, complaint with demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which may affect or seek to affect in any way the rights and interests of the creditors with respect to the Debtors or property or proceeds thereof in which the Debtors or Defendant's may claim an interest, including any adversary proceedings filed in this matter.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive the Defendant's: (i) right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Defendants are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  July 23, 2019

                                                       COLE SCHOTZ P.C.

By:    */s/ Brian P. Matthews*
        Brian P. Matthews
        1325 Avenue of the Americas – 19th Floor
        New York, New York 10019
        Telephone: 201-525-6269
        Facsimile: 201-678-6269
        bmatthews@coleschotz.com

*Counsel for Defendants, Abraham Mandel, Toby Mandel, Silver Gold Group LLC, Joseph Brunner, Joseph Segel, David Janklowicz, Morris Lowy, Mitchell Kirschner, Jerry Lowy, Issac Greenfeld, and Renatus Portfolio Company, LLC*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of July, 2019, a copy of the foregoing Notice of Appearance and Request for Service of Papers was sent electronically to all parties who have requested electronic filings via the Bankruptcy Court's CM/ECF system.

Dated: July 23, 2019                              */s/ Brian P. Matthews*
                                                  Brian P. Matthews