

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
In re:                                                         :
                                                               :    Case No. 16-12043 (SHL)
45 JOHN LOFTS, LLC                                             :
                                                               :    Chapter 11
                            Debtor,                            :
-------------------------------------------------------------- X
45 JOHN LOFTS, LLC,                                            :
                                                               :
                            Plaintiff,                         :    Adv. Pro. No. 17-01179 (SHL)
                                                               :
-against-                                                      :
                                                               :    TRIAL DECLARATION OF
MERIDIAN CAPITAL GROUP LLC,                                    :    SHAUL C. GREENWALD
CROWN MANSION LLC, BO JIN ZHU,                                 :
MEGA INTERNATIONAL COMMERCIAL                                  :
BANK, CONGREGATION KAHAL MINCHAS                               :
CHINUCH, CHAIM SCHIYA BABAD,                                   :
RELIABLE ABSTRACT CO., LLC,                                    :
ABRAHAM MANDEL, TOBY MANDEL,                                   :
SILVER GOLD GROUP LLC,                                         :
JOSEPH BRUNNER,   JOSEPH SEGEL,                                :
DAVID JANKLOWICZ, MORRIS LOWY,                                 :
MITCHELL KIRSCHNER, JERRY LOWY,                                :
ISAAC GREENFELD, AND                                           :
RENATUS PORTFOLIO COMPANY, LLC,                                :
                                                               :
                            Defendants.                        :
-------------------------------------------------------------- X

      Shaul C. Greenwald, an attorney duly admitted to practice law before the Courts of the

State of New York, affirms the following to be true under penalty of perjury:

      1.    I am the chief executive officer of, and a member of Riverside Abstract LLC

("Riverside"), which is a licensed title agency that provides various types of title insurance

policies as an agent for the underwriters of such policies.

      2.    In or about March 2014, I was contacted by Yisroel Schwartz, an attorney for

whom Riverside had provided title services in the past, regarding title insurance in connection

with two matters.  The first matter was a purchase and sale agreement for real property (the

"PSA") known as 45 John Street, New York, New York (the "John Street Property"). Riverside opened a file for the transaction (File No. 16467) and ultimately arranged for the issuance of a vendee title insurance policy on behalf of the purchaser, HS 45 John LLC ("HS 45"). My understanding is that Mr. Schwartz represented 45 John Lofts LLC ("John Lofts"), the seller and then owner of the John Street Property, and its manager, Chaim Miller.

3.    At the same time that Riverside was retained to provide title insurance with respect to the John Street Property, Riverside was also retained to provide title insurance regarding financing of the following four Brooklyn properties (the "Brooklyn Properties"):

> 203 and 205 North 8th Street
> 29 Ryerson Street
> 256 Flushing Avenue
> 3052 Brighton 1st Street

4.    Riverside provided title insurance regarding the Brooklyn Properties (Riverside file numbers 12445, 16788 and 17030A) at the same time it provided title insurance for the John Street Property transaction.

5.    I understood that Mr. Miller had contracted to purchase certain membership interests in the limited liability companies that owned the Brooklyn Properties (the "LLC Interests") and that the proceeds of the financing for such properties, together with a down payment for the John Street Property under the PSA, provided the funds needed for the acquisition of the limited liability company interests. A note to our title closer dated September 17, 2014 indicates that Mr. Miller was acquiring the LLC interests from Mr. Bo Jin Zhu (**Exhibit A**).

6.    Both the Brooklyn Properties financing and the John Street Property PSA were finalized on or about September 19, 2014 and funds from both transactions were wired to Riverside's escrow account. On that date, the firm of Kris & Feuerstein LLP ("K&F"), which

2

represented the mortgagee providing the mortgage financing on the Brooklyn Properties, wired a total of $16,073,911.98 to Riverside's escrow account with instructions that such funds, together with funds received from the PSA down payment in the aggregate amount of $22,500,000 should be wired to the firm of Herrick Feinstein LLP ($19,762,687.23) and Mega International Bank ($2,827,312.77) **Exhibit B**.

7.      In addition to the K&F wire, a total of $13,330,000 was wired to the Riverside escrow account on behalf of HS 45 as part of the PSA Down Payment in accordance with the terms of a "Direction Letter", which provided instructions to Riverside on how to disburse such funds (a copy of the Direction Letter is annexed hereto as **Exhibit C**).

8.      Annexed hereto as **Exhibit D** is a schedule and attachments thereto prepared by Riverside and maintained in its ordinary course of business reciting the receipt and source of funds received by Riverside and the disbursement of such funds regarding the Brooklyn Properties financing and the PSA Down Payment. Included in **Exhibit D** are (i) Loan Settlement Statements for the Brooklyn Properties (Bates #R103-105); (ii) a September 19, 2014 letter of instructions from Yisroel Schwartz to wire a total of $22,500,000 consisting of $19,672,687.23 to Herrick Feinstein and $2,827,312.77 to Mega International (R106-107); and (iii) September 19, 2014 email instructions to Riverside from Schwartz to

> . . . please send $500,000 to Reliable Abstract, please send $2,332,000 to 3839 Funding and please send $2,000,000 to Babad. I will forward his wire instructions separately. The balance of $242,000 should be sent to Blaivas. (R108)

9.      Subsequently, we received instructions from Mr. Schwartz to wire the $2,000,000, which he had designated for Mr. Babad, to Congregation Kahal Minchas Chinuch instead. 3839 Funding is a reference to 3839 Holdings LLC, a limited liability company which had previously provided funding to Mr. Miller on an unrelated matter. However, the Riverside

schedule of disbursements (**Exhibit D**) compilation (**Exhibit B**) reflects no wire to 3839 Holdings was made.

10.    As provided in **Exhibit D**, and instructions received from K&F and Mr. Schwartz, Riverside made the following wire transfers on September 19, 2014:

| | | |
|---|---|---|
| (i) | Herrick Feinstein LLP | $ 19,872,687.23 |
| (ii) | Goldberg Weprin (counsel for HS 45) | 3,077,341 |
| (iii) | Meridian Capital | 500,000 |
| (iv) | Mega International | 2,827,312.77 |
| (v) | Congregation Kahal Minchas Chinuch (the "Congregation") | 2,000,000 |
| (vi) | 3052 Brighton Street | 1,200,000 |
| (vii) | Reliable Abstract | 500,000 |
| (viii) | Riverside invoice | 227,341 |
| (ix) | Blaivas (the law firm associated with Mr. Schwartz) | 242,000 |

11.    Annexed hereto as **Exhibit E** is a copy of all wire transfers made from the joint escrow fund that had been received by Riverside from K&F and HS 45.   Other than the instructions provided in the Direction Letter which were followed by Riverside, the balance of the disbursements were made based upon instructions received from K&F and from Yisroel Schwartz as counsel for Chaim Miller and John Lofts.

12.    Annexed hereto as **Exhibit F** is a November 9, 2014 email exchange between me and Mr. Sam Sprei (with an email address of "Olden Equities Group"), who I understand was a business associate and representative of Mr. Miller regarding the sale of the John Street Property. Riverside had previously recorded the PSA with the New York City Office of the City Register

594716-2

4

and in the email exchange Mr. Sprei stated "I didn't want John at [sic] recoded."

Affirmed: March __, 2022

_____

Shaul C. Greenwald

# EXHIBIT A

## Note to Title Closer Regarding Assignment of Membership Interests

## Hadassah Abbott

| | |
|---|---|
| **From:** | Rivka Cohen |
| **Sent:** | Monday, February 09, 2015 10:24 AM |
| **To:** | Azi Mindick; Hadassah Abbott |
| **Subject:** | FW: Schwartz Closings tomorrow: RANY-12445/ RANY-16788/ RANY-17030/ RANY-17030A |

And 16467

**From:** Rivka Cohen
**Sent:** Wednesday, September 17, 2014 11:59 PM
**To:** Frank Frevele
**Cc:** Shaul C. Greenwald, Esq.; Mark Pollak; Elliot Schon, Esq.
**Subject:** Schwartz Closings tomorrow: RANY-12445/ RANY-16788/ RANY-17030/ RANY-17030A

Frank,
I sent all 4 invoices to Schwartz and copied you on that email.

Below I have listed all of the documents that need to go to closing. Please be sure that they get to the correct places. All documents and affidavits are created and in the doc screen in snapclose.

**RANY-12445 Brighton** — *soture Eff for invoce. No contract/deposit info.*
Owner's Policy along with the Mezz Endorsement
Owner in Possession Affidavit *Send Inn on 8/8/15 from 8878. Cttlyman/-qprity.*
LLC Affidavit

**RANY-16788 Ryerson** — *Holdy 500E in escrew.*
Owners policy along with non-imputation endorsement
Loan Policy *EoF send 1.3nn for invoice*
LLC Affidavit
Non-Imputation Affidavit

**RANY-17030A North 8th**
2 loan policies
Mezz endorsement
LLC Affidavit

**RANY-17030 Grand**
Owner's policy along with non-imputation endorsement
Non-imputation affidavit
LLC Affidavit

**NOTE TO CLOSER:**

**Regarding the assignment of membership interests:**
-Closer to obtain assignment of membership interest document from Bo Jin Zhu along with his photo ID.
-Closer to obtain a release document from Renatus Portfolio Company LLC
-Closer to obtain amended and restated operating agreements:
11-45 Ryerson Holdings LLC should show Harry/Chaim Miller as 75% and Chun Peter Dong as 25%

1

R000109

# EXHIBIT B

## Instructions from K&F

## Bonnie D. Espino

| | |
|---|---|
| **From:** | Avi Schachter <aschachter@kandfllp.com> |
| **Sent:** | Friday, September 19, 2014 2:31 PM |
| **To:** | Rivka Cohen |
| **Cc:** | Maria Di Toro; Hadassah Abbott; Sara Bennett; Azi Mindick; Mark Pollak; oldenequitiesgroup@gmail.com; Elliot Schon, Esq.; Shaul C. Greenwald, Esq.; Jerry Feuerstein; Yisroel Schwartz |
| **Subject:** | RE: RANY-12445, RANY-17030, RANY-16788 |
| **Attachments:** | PayOff-Ltr-(Signed)-09-19-14.pdf |

From the aggregate funds you will receive from my firm and from the borrower, you should decrease the amount of your net wire to Herrick Feinstein by the payoff amount listed in the attached ($2,827,312.77), and you should send a wire to Mega Bank for that amount in accordance with the attached. You will thus be sending Herrick $19,672,687.23, and Mega Bank $2,827,312.77. Please confirm you have wiring instructions for Herrick. Revise your escrow letter accordingly, and let me know as soon as you receive our wire and wire from borrower, at which time we will let you know if you have authorization to fund. Let me know if you have any questions.

Avi

Avraham R. Schachter, Esq.
Kriss & Feuerstein LLP
360 Lexington Avenue, Suite 1200
New York, NY 10017
Voice: 212-661-2900; Ext. 4171
Fax: 212-661-9397
Email: aschachter@kandfllp.com

---

**From:** Rivka Cohen [mailto:Rivka@rsabstract.com]
**Sent:** Friday, September 19, 2014 11:15 AM
**To:** Jerry Feuerstein; Yisroel Schwartz
**Cc:** Maria Di Toro; Hadassah Abbott; Avi Schachter; Sara Bennett; Azi Mindick; Mark Pollak; oldenequitiesgroup@gmail.com; Elliot Schon, Esq.; Shaul C. Greenwald, Esq.
**Subject:** RE: RANY-12445, RANY-17030, RANY-16788

Attached hereto please find the Final Policies and Endorsements for the above referenced which will be effective upon receipt of our invoice payment.

Should you require further assistance please feel free to contact me at the number below.

Rivka

Rivka Cohen
Riverside Abstract
Lexington Towers
212 Second Street, Suite 502
Lakewood, NJ 08701
Direct: (718) 215-5102

# EXHIBIT C

## Direction Letter



## DIRECTION LETTER

The amount of $14,330,000 (the "Downpayment") shall be funded by HS 45 JOHN LLC ("Purchaser") of which sum of $13,330,000 (the "Riverside Funds") shall be funded to Riverside Abstract LLC and $1,000,000 shall be paid to Meridian Capital.

The Riverside Funds shall be disbursed at the direction of 45 JOHN LOFTS LLC ("Seller") as follows:

| | | |
|---|---|---|
| 1. | Wire at the direction of Seller | $9,750,159.00 |
| 2 | Wire to Goldberg Weprin Finkel Golstein LLP (Agreed upon interest reserve for any payments which come due under the Loans) | $1,100,000.00 |
| 3 | Wire to Goldberg Weprin Finkel Golstein LLP (Agreed upon expense reserve as set forth in Section 26 of the Agreement) | $650,000.00 |
| 4 | Wire to Goldberg Weprin Finkel Goldstein LLP (Agreed upon reimbursement by Seller to Purchaser of Purchaser's cost of funds, regardless of actual costs) | $700,000.00 |
| 5. | Wire to Goldberg Weprin Finkel Golstein LLP (Agreed upon advance of management fee to Purchaser) | $330,000.00 |
| 6. | Wire to Goldberg Weprin Finkel Goldstein LLP (Legal Fee) | $70,000.00 |
| 7. | Riverside Abstract | $ 227,341.00 |
| 8. | Check to Alan Hirsch (title closer) | $1,500.00 |
| 9. | Check to Javier Doural (Royal title closer) | $1,000.00 |
| 10. | Wire to Meridian Capital | $500,000.00 |

Seller acknowledges that any funds disbursed pursuant to this Direction Letter are the sole responsibility and obligation of Seller. The funds directed by Seller pursuant to this Direction Letter shall not to be credited to the Seller in any way, including, without limitation, as a capital contribution under the JV Agreement (as such term is defined in the purchase and sale agreement in connection with this transaction).

IN WITNESS WHEREOF, the undersigned has duly executed this Disbursement Letter as of the day and year first above written.

45 JOHN LOFTS LLC

By:
Name:
Title:

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

On this__day of September, 2014, before me, a Notary Public and for said State, personally appeared Chaim Miller, before me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument acknowledged to me that he executed the same in his capacity, and that by his signature instrument, the individual, or the person on behalf of which the individual acted, executed instrument.

Notary Public

[SIGNATURE PAGE TO DISBURSEMENT]

GWFG 2812

# EXHIBIT D

## Schedule of Disbursements

| | | |
|---|---|---|
| Riverside Abstract | | |
| RANY 16467 | | |
| John Street | | |
| | $ 3,580,000.00 | |
| Morgan Stanley | $ 2,575,919.22 | |
| Kriss and Fuesrstein | $ 5,587,269.33 | |
| Kriss and Fuesrstein | $ 7,910,723.43 | |
| Kriss and Fuesrstein | $ 9,750,000.00 | |
| Goldberg Weprin | $ 227,341.00 | RS Invoice |
| Goldberg Weprin | $ 618,088.02 | |
| 3839 Holdings | | |
| | | |
| Total received | $ 30,249,341.00 | |
| | | |
| | | |
| Herrick, Feinstein LLP | $ 19,672,687.23 | |
| Goldberg Weprin | $ 3,007,341.00 | |
| Meridian capital | $ 500,000.00 | |
| Goldberg Weprin | $ 70,000.00 | |
| Javier Doral | $ 1,000.00 | |
| Mega International | $ 2,827,312.77 | |
| Babad | $ 2,000,000.00 | |
| 3052 Brighton Street | $ 1,200,000.00 | |
| Reliable abstract | $ 500,000.00 | |
| Blaivas | $ 242,000.00 | |
| RS Invoice | $ 227,341.00 | |
| Rs Escrow | $ 1,659.00 | |
| | | |
| Total disbursed | $ 30,249,341.00 | |
| | | |
| RANY-12445 | | |
| Kriss and Fuesrstein | $ 107,791.19 | |
| | | |
| RANY-16788 | | |
| Kriss and Fuesrstein | $ 1,304,610.37 | Holding 500K in escrow |
| | | |
| RANY-17030 | | |
| Kriss and Fuesrstein | $ 165,433.30 | |
| | | |
| RANY-17030A | | |
| Kriss and Fuesrstein | $ 173,016.74 | |
| | | |
| RANY-17030B | | |
| Kriss and Fuesrstein | $ 2,366.00 | |
| | | |
| Sum of invoices | $ 1,753,217.60 | |

R000100

Riverside Abstract
RANY 16467
John Street

| | | |
|---|---|---|
| Morgan Stanley | $3,580,000.00 | ① |
| Kriss and Fuesrstein | $2,575,919.22 | Exh 2 |
| Kriss and Fuesrstein | $5,587,269.33 | Exh 3 |
| Kriss and Fuesrstein | $7,910,723.43 | Exh 4 |
| Goldberg Weprin | $9,750,000.00 | ⑤ |
| Goldberg Weprin | $227,341.00 | Invoice – 16467 |
| 3839 Holdings | $618,088.02 | |
| | | |
| Total received | $30,249,341.00 | |

13,300,000 – Exhibit A

| | | |
|---|---|---|
| Herrick, Feinstein LLP | $19,672,687.23 | Exh 5 |
| Goldberg Weprin | $3,007,341.00 | ① → on Exh A. less RS invoice. equals amount |
| Meridian capital | $500,000.00 | Exh 2 |
| Goldberg Weprin | $70,000.00 | ① Exh 2 |
| Javier Doral | $1,000.00 | ① Exh 2 |
| Mega International | $2,827,312.77 | Exh # 5 |
| Babad | $2,000,000.00 | Exh # 5 |
| 3052 Brighton Street | $1,200,000.00 | → Exh # 6 from the 2o3 n+ |
| Reliable abstract | $500,000.00 | Exh # 6 |
| Blaivas | $242,000.00 | Exh # 6 |
| RS Invoice | $227,341.00 | |
| Rs Escrow | $  1,659.00 | |
| | | |
| Total disbursed | $30,249,341.00 | |

R000101

*Exhibit A*

# DIRECTION LETTER

The amount of $14,330,000 (the "Downpayment") shall be funded by HS 45 JOHN LLC ("Purchaser") of which sum of $13,330,000 (the "Riverside Funds") shall be funded to Riverside Abstract LLC and $1,000,000 shall be paid to Meridian Capital.

The Riverside Funds shall be disbursed at the direction of 45 JOHN LOFTS LLC ("Seller") as follows:

| | | |
|---|---|---|
| 1. | Wire at the direction of Seller | $9,750,159.00 |
| 2. | Wire to Goldberg Weprin Finkel Golstein LLP (Agreed upon interest reserve for any payments which come due under the Loans) | $1,100,000.00 |
| 3. | Wire to Goldberg Weprin Finkel Golstein LLP (Agreed upon expense reserve as set forth in Section 26 of the Agreement) | $650,000.00 |
| 4. | Wire to Goldberg Weprin Finkel Goldstein LLP (Agreed upon reimbursement by Seller to Purchaser of Purchaser's cost of funds, regardless of actual costs) | $700,000.00 |
| 5. | Wire to Goldberg Weprin Finkel Golstein LLP (Agreed upon advance of management fee to Purchaser) | $330,000.00 |
| 6. | Wire to Goldberg Weprin Finkel Goldstein LLP (Legal Fee) | $70,000.00 |
| 7. | Riverside Abstract | $ 227,341.00 |
| 8. | Check to Alan Hirsch (title closer) | $1,500.00 |
| 9. | Check to Javier Doural (Royal title closer) | $1,000.00 |
| 10. | Wire to Meridian Capital | $500,000.00 |

*2,780.00*

Seller acknowledges that any funds disbursed pursuant to this Direction Letter are the sole responsibility and obligation of Seller. The funds directed by Seller pursuant to this Direction Letter shall not to be credited to the Seller in any way, including, without limitation, as a capital contribution under the JV Agreement (as such term is defined in the purchase and sale agreement in connection with this transaction).

*Remainder of Page Intentionally Blank; Signature Page to Follow*

203-205 N 8TH STREET LLC     *Exhibit #3*

## LOAN SETTLEMENT STATEMENT

| | | |
|---|---|---|
| **BORROWER** | 203-205 NORTH 8TH STREET LOFT LLC | |
| | 3052 BRIGHTON MB LLC | |
| | 97 GRAND AVENUE MEMBER LLC | |
| | | |
| **PREMISES** | 203 and 205 North 8th Street | |
| | Brooklyn, New York 11211 | |
| | | |
| **LOAN AMOUNT** | $    3,000,000.00 | |
| | | |
| **CLOSING DATE:** | September 18, 2014 | |
| Total Funds Available | | $    3,000,000.00 |

**SETTLEMENT CHARGES**

| | | |
|---|---|---|
| *Amount Due Lender:* | | |
| Interim Interest (13 days @ $1,416.67/day) | $    18,416.71 | |
| Loan Servicing Fee | $    10,000.00 | |
| Loan Origination Fee to Lender | $    90,000.00 | |
| **Total Due Lender** | | $    118,416.71 |
| | | |
| *Escrows Heldback at Closing:* | | |
| | $ | |
| Interest Reserve | $    130,333.33 | |
| **Total Escrow Holdbacks** | | $    130,333.33 |
| | | |
| *Fees and Charges:* | | |
| Title Charges to Riverside Abstract LLC | $    173,016.74 | |
| UCC Policy Charges to First American UCC Insurance Services | $    2,314.00 | |
| **Total Fees and Charges** | | $    175,330.74 |
| | | |
| **TOTAL SETTLEMENT CHARGES** | | $    424,080.78 |
| | | |
| *Net Sum Available Before Disbursements* | | *$    2,575,919.22* |
| | | |
| **DISBURSEMENTS** | | |
| Net Borrower Proceeds to Riverside Abstract LLC | $    2,575,919.22 | |
| **TOTAL DISBURSEMENTS** | | $    2,575,919.22 |
| | | |
| **NET DUE BORROWER** | | $    - |

R000103

*Ex. # 3*

### SDF47 RYERSON 3 LLC

## LOAN SETTLEMENT STATEMENT

| | | |
|---|---|---|
| **BORROWER** | **11-45 RYERSON HOLDINGS LLC** | |
| **PREMISES** | 29 Ryerson St and 256 Flushing Avenue Brooklyn, New York 11205 | |
| **LOAN AMOUNT** | $    10,000,000.00 | |

| | | | |
|---|---|---|---|
| **CLOSING DATE:** | | September 18, 2014 | |
| Total Funds Available | | $ | 10,000,000.00 |

**SETTLEMENT CHARGES**

*Amount Due Lender:*

| | | | |
|---|---|---|---|
| Interim Interest (13 days @ $4,722.22/day) | $ | 61,388.86 | |
| Underwriting Fee | $ | 15,000.00 | |
| 9/1/14 Payment | $ | 217,000.00 | |
| Loan Servicing Fee | $ | 10,000.00 | |
| Loan Origination Fee to Lender | $ | 300,000.00 | |
| **Total Due Lender** | | $ | 603,388.86 |

*Escrows Heldback at Closing:*

| | | | |
|---|---|---|---|
| | $ | - | |
| Interest Reserve | $ | 434,444.44 | |
| **Total Escrow Holdbacks** | | $ | 434,444.44 |

*Fees and Charges:*

| | | | |
|---|---|---|---|
| Title Charges to Riverside Abstract LLC | $ | 1,304,601.37 | |
| Title Closer Fee to Bob Grogan | $ | 1,500.00 | |
| UCC Policy fees to First American UCC Insurance Services (1st Loan) | $ | 10,318.00 | |
| UCC Policy fees to First American UCC Insurance Services (2nd Loan) | $ | 1,443.00 | |
| UCC Policy fees to First American UCC Insurance Services (3rd Loan) | $ | 6,285.00 | |
| Independent Director Fee to Triad Professional Services | $ | 1,250.00 | |
| Legal Fee to Kriss & Feuerstein LLP | $ | 49,500.00 | |
| **Total Fees and Charges** | | $ | 1,374,897.37 |

| | | | |
|---|---|---|---|
| **TOTAL SETTLEMENT CHARGES** | | $ | 2,412,730.67 |
| *Net Sum Available Before Disbursements* | | $ | 7,587,269.33 |

**DISBURSEMENTS**

| | | | |
|---|---|---|---|
| Net Borrower Proceeds to Riverside Abstract LLC | $ | 5,587,269.33 | |
| Wire to Chun Peter Dong | $ | 2,000,000.00 | |
| **TOTAL DISBURSEMENTS** | | $ | 7,587,269.33 |

| | | | |
|---|---|---|---|
| **NET DUE BORROWER** | | $ | - |

R000104

*Exh # 4*

## 3052 BRIGHTON 1ST STREET LLC

### LOAN SETTLEMENT STATEMENT

| | | |
|---|---|---|
| **BORROWER** | 3052 BRIGHTON MB LLC | |
| | 203-205 N8 MB LLC | |
| | 97 GRAND MB LLC | |
| | | |
| **PREMISES** | 3052 Brighton 1st Street | |
| | Brooklyn, New York 11235 | |
| | | |
| **LOAN AMOUNT** | $          9,000,000.00 | |

| CLOSING DATE: | September 18, 2014 | |
|---|---|---|
| Total Funds Available | | $          9,000,000.00 |

**SETTLEMENT CHARGES**

*Amount Due Lender:*

| | | |
|---|---|---|
| Interim Interest (13 days @ $4,250.00/day) | $          55,250.00 | |
| Loan Servicing Fee | $          10,000.00 | |
| Loan Origination Fee to Lender | $        270,000.00 | |
| **Total Due Lender** | | $          335,250.00 |

*Escrows Heldback at Closing:*

| | | |
|---|---|---|
| | $                    - | |
| Interest Reserve | $        391,000.00 | |
| **Total Escrow Holdbacks** | | $          391,000.00 |

*Fees and Charges:*

| | | |
|---|---|---|
| Title Charges to Riverside Abstract LLC | $        107,791.19 | |
| Title Charges to Riverside Abstract LLC (97 Grand) | $        165,433.30 | |
| UCC Policy Charges to First American UCC Insurance Services | $          5,802.08 | |
| Independent Director Fee to Triad Professional Services | $          7,500.00 | |
| Legal Fee to Kriss & Feuerstein LLP | $          51,500.00 | |
| **Total Fees and Charges** | | $          338,026.57 |

| **TOTAL SETTLEMENT CHARGES** | | $          1,064,276.57 |
|---|---|---|
| *Net Sum Available Before Disbursements* | | *$          7,935,723.43* |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Net Borrower Proceeds to Riverside Abstract LLC | $     7,910,723.43 | |
| Expense Deposit to MRC Holdings | $          25,000.00 | |
| **TOTAL DISBURSEMENTS** | | $          7,935,723.43 |

| **NET DUE BORROWER** | | $                    - |
|---|---|---|

R000105

*Exh. #5*

# BLAIVAS & ASSOCIATES, P.C.

1430 Broadway, Suite 1603

New York, New York 10018

(212) 949-7550

| | |
|---|---|
| David G. Blaivas, Esq. | Long Island Office: |
| Joel A. Ganz, Esq., Counsel | 335 Central Avenue |
| Yisroel Schwartz, Esq. | Lawrence, New York 11559 |
| David Fischman, Esq. | |
| Deborah Bey, Esq. | |
| Michael Loeb, Esq. | |

September 19, 2014

Riverside Abstract LLC
3839 Flatlands Avenue, Suite 208
Brooklyn, NY 11234
Attention; Shaul Greenwald, Esq.

     Re:    RANY-12445 & RANY-16788

Dear Shaul:

     We represent 11-45 Ryerson MB LLC, 11-45 Ryerson Holdings LLC, 3052 Brighton First, LLC, 3052 Brighton MB LLC, 97 Grand MB LLC, 203-205 North 8th Street Loft LLC and 203-205 N8 MB LLC (collectively, "Borrower"). Pursuant to that certain escrow instructions letter ("Escrow Letter"), dated as of the date hereof, by and between Kriss & Feuerstein LLP ("Lender's Counsel") and Riverside Abstract LLC ("Title Company"), you are in receipt of funds in the amount of $16,073,911.98 (the "Lender's Funds"). Additionally, you are in receipt of funds from an affiliate of Borrower in the amount of $6,426,088.02 (the "Borrower's Funds"). Upon the break of escrow pursuant to the Escrow Letter, you are directed to distribute the Borrower's Funds and the Lender's Funds as follows:

(1) $19,672,687.23 by wire to Herrick Feinstein pursuant to the following wire instructions:

             BANK: Citibank., N.A.
                   666 Fifth Avenue, Fifth Floor
                   New York, New York 10103

R000106

ABA#: 021000089
ACCT# 004971716165
ACCT NAME: Herrick, Feinstein LLP
REF: RENATUS/MILLER

2) $2,827,312.77 by wire to Mega International pursuant to wire instructions attached

Sincerely,

BLAIVAS & ASSOCIATES, P.C.,

By:_____
  Yisroel S. Schwartz, Esq.

R000107

*Exh. 7. 6*

---

**Hadassah Abbott**

| | |
|---|---|
| **From:** | Azi Mindick |
| **Sent:** | Monday, February 09, 2015 11:39 AM |
| **To:** | Hadassah Abbott |
| **Subject:** | FW: 45 John - Escrow Letter |

Azi Mindick, CPA
Chief Financial Officer
Riverside Abstract
212 Second Street, Suite 502
Lakewood, NJ 08701
Direct: (718) 215-5160
Office: (718) 252-4200
Cell: (732) 890-4299
Email: amindick@rsabstract.com

**From:** Yisroel Schwartz [mailto:yschwartz@blpclaw.com]
**Sent:** Friday, September 19, 2014 3:15 PM
**To:** Mark Pollak; Shaul C. Greenwald, Esq.; Azi Mindick
**Cc:** Elliot Schon, Esq.; Azi Mindick; Hadassah Abbott; Mark Pollak
**Subject:** RE: 45 John - Escrow Letter

After we take care of the $22,500,000,
The following funds will be left:
$2,823,912.98
In addition, you will have $1,750,842 delivered for the title invoices, which pursuant to the iska, is being funded back to the deal.
From this money, please send $500,000 to Reliable Abstract, please send $2,332,000 to 3839 funding and please send $2,000,000 to Babad. I will forward his wire instructions separately.
The balance of $242,000 should be sent to Blaivas.
You will be getting a separate wire for the contract veneers policy from Alston later today or Monday.
Please confirm.

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
**From:** "Shaul C. Greenwald, Esq." <sgreenwald@rsabstract.com>
**Date:**09/19/2014 2:32 PM (GMT-05:00)
**To:** Yisroel Schwartz <yschwartz@blpclaw.com>
**Cc:** "Elliot Schon, Esq." <ESchon@rsabstract.com>, Azi Mindick <AMindick@rsabstract.com>, Hadassah Abbott <HAbbott@rsabstract.com>, Mark Pollak <mpollak@rsabstract.com>
**Subject:** Re: 45 John - Escrow Letter

Will do. Mark - this concept is approved. Of course send in clean email.

1

R000108

## Hadassah Abbott

| | |
|---|---|
| **From:** | Rivka Cohen |
| **Sent:** | Monday, February 09, 2015 10:24 AM |
| **To:** | Azi Mindick; Hadassah Abbott |
| **Subject:** | FW: Schwartz Closings tomorrow:  RANY-12445/ RANY-16788/ RANY-17030/ RANY-17030A |

And 16467

**From:** Rivka Cohen
**Sent:** Wednesday, September 17, 2014 11:59 PM
**To:** Frank Frevele
**Cc:** Shaul C. Greenwald, Esq.; Mark Pollak; Elliot Schon, Esq.
**Subject:** Schwartz Closings tomorrow: RANY-12445/ RANY-16788/ RANY-17030/ RANY-17030A

Frank,
I sent all 4 invoices to Schwartz and copied you on that email.

Below I have listed all of the documents that need to go to closing. Please be sure that they get to the correct places. All documents and affidavits are created and in the doc screen in snapclose.

**RANY-12445 Brighton** — *got we FF for invoice. No contract/deposit info.*
Owner's Policy along with the Mezz Endorsement *Send Inn on 9/8/15 from 3578. C. Hyman - qrnty.*
Owner in Possession Affidavit
LLC Affidavit

**RANY-16788 Ryerson** – *Holdy 500k in escrow.*
Owners policy along with non-imputation endorsement *F&F send 1.3 mn for invoice*
Loan Policy
LLC Affidavit
Non-Imputation Affidavit

**RANY-17030A  North 8th**
2 loan policies
Mezz endorsement
LLC Affidavit

**RANY-17030 Grand**
Owner's policy along with non-imputation endorsement
Non-imputation affidavit
LLC Affidavit

<u>NOTE TO CLOSER:</u>

**Regarding the assignment of membership interests:**
-Closer to obtain assignment of membership interest document from Bo Jin Zhu along with his photo ID.
-Closer to obtain a release document from Renatus Portfolio Company LLC
-Closer to obtain amended and restated operating agreements:
11-45 Ryerson Holdings LLC should show Harry/Chaim Miller as 75% and Chun Peter Dong as 25%

R000109

97 Grand Avenue LLC should show Harry/Chaim Miller as 100%
-There will be two transfer taxes being paid for membership transfers.  These are not title issue, but if we are asked to submit same, be sure to obtain the signed acris forms and transfer tax monies.

**Regarding Brighton (RANY-12445):**
We will be omitting exceptions 8, 19-24 based on an indemnity from client.

**Regarding Ryerson (RANY-16788)**
We will be omitting the newly filed LP that came up on the contin upon receipt of a $500k escrow. Form of escrow agreement has approved.
Be sure to obtain a termination of transfer agreement and assignment of membership for recording


Rivka Cohen

Riverside Abstract
Lexington Towers
212 Second Street, Suite 502
Lakewood, NJ 08701
Direct: (718) 215-5102
Office:  (718) 252-4200
Fax: (718) 252-4226
Email: rivka@rsabstract.com

R000110

**Azi Mindick**

| | |
|---|---|
| From: | Yisroel Schwartz <yschwartz@blpclaw.com> |
| Sent: | Friday, September 19, 2014 2:29 PM |
| To: | Shaul C. Greenwald, Esq. |
| Cc: | Elliot Schon, Esq.; Azi Mindick; Hadassah Abbott; Mark Pollak |
| Subject: | Re: 45 John - Escrow Letter |

Shaul,

Pursuant to our conversation, you will be receiving a wire of $9,750,000 from Andy Albsteins office. Upon receipt, please confirm to Feuerstein that you are in receipt of $6,500,000 of Borrowers funds so that they may fund the balance.

Once you are in receipt of all funds, please contact me for additional info.

Sent from my iPad

On Sep 19, 2014, at 1:59 PM, "Shaul C. Greenwald, Esq." <sgreenwald@rsabstract.com> wrote:

> Prior to final funding - please speak w me to approve all
>
> Shaul
>
> Shaul C. Greenwald, Esq.
> Chief Executive Officer
> Riverside Abstract
> 3839 Flatlands Avenue, Suite 208
> Brooklyn, NY 11234
> T: (718) 252-4200
> C: (347) 844-2729
> F: (718) 252-4226
> E: sgreenwald@rsabstract.com
>
>
> **From**: Elliot Schon, Esq.
> **Sent**: Friday, September 19, 2014 01:56 PM
> **To**: 'Yisroel Schwartz' <yschwartz@blpclaw.com>; Shaul C. Greenwald, Esq.; Azi Mindick; Hadassah Abbott; Mark Pollak
> **Subject**: RE: 45 John - Escrow Letter
>
> Attached
>
> Elliot Schon, Esq.
> *Counsel*
>
> Riverside Abstract
> Lexington Towers
> 212 Second Street, Suite 502
> Lakewood, NJ 08701
> D: (718) 215-5149
> P: (718) 252-4200 ext. 5149

1

R000111

F: (718) 252-4226
E: eschon@rsabstract.com

Corporate Headquarters:
Riverside Abstract, LLC
3839 Flatlands Avenue, Suite 208
Brooklyn, NY 11234
P: 718.252.4200
F: 718.252.4226
info@rsabstract.com

**From:** Yisroel Schwartz [mailto:yschwartz@blpclaw.com]
**Sent:** Friday, September 19, 2014 1:49 PM
**To:** Shaul C. Greenwald, Esq.; Azi Mindick; Hadassah Abbott; Elliot Schon, Esq.; Mark Pollak
**Subject:** FW: 45 John - Escrow Letter

Guys,

Need attached escrow letter signed ASAP for $10,750,000 wire for John Street

**From:** Michael Podolsky [mpodolsky@gwfglaw.com]
**Sent:** Friday, September 19, 2014 1:45 PM
**To:** Yisroel Schwartz
**Cc:** aalbstein@gwfglaw.com
**Subject:** 45 John - Escrow Letter

Please forward to Riverside and have same signed ASAP.

Michael B. Podolsky, Esq.
Goldberg Weprin Finkel Goldstein LLP
1501 Broadway, 22nd Floor
New York, New York 10036
(212) 301-6987 (direct dial)
(212) 221-5700 (main number)
(212) 730-4518 (fax)
mpodolsky@gwfglaw.com

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

R000112

# EXHIBIT E

100007258.1

-----Original Message-----
From: Menachem Zelmanovitz [mailto:mendy@zelmlaw.com]
Sent: Thursday, September 08, 2016 3:19 PM
To: Eric J. Snyder
Cc: jacob@lawjz.com
Subject: RE: 16-12043-shl

Eric:

Attached are documents numbered R 090816 000001 through R 090816 000109, consisting of the wire transfer confirmations and one
check that you requested. Please let me know if you have any questions regarding these documents.

Assuming that they are satisfactory, I would appreciate your withdrawing the pending B.R. 2004 application for discovery of
Riverside.

Mendy

Menachem O. Zelmanovitz
Zelmanovitz & Associates PLLC
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Tel: 646.898.1575 | Fax: 212.753.0396
mendy@zelmlaw.com

-----Original Message-----
From: Eric J. Snyder [mailto:esnyder@wilkauslander.com]
Sent: Wednesday, September 07, 2016 12:24 PM
To: Menachem Zelmanovitz <mendy@zelmlaw.com>
Subject: Fwd: 16-12043-shl Notice of Adjournment of Hearing

## Outgoing FED Message

Printed: 9/7/2016  10:06:54AM                Requested By:    PANUJA

VERSION:        0

### MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $500,000.00 | Message ID: | 140922165323H100 | PDM: | |
| Currency: | USD | Latest Version: | 0 | Priority: | M |
| Value Date: | 09/22/2014 | Time: | 17:04:50 | URC: | |
| Bank ID: | 075 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 075BR204 | Template: | |
| Message Subtype: | 00 | Charge: | | Purpose of wire: | |
| Fee: | 0.00 | Source: | CSH | | |
| Ref. No.: | 140922165323H100 | External Ref.: | SIGNY2650985 | Country Code: | US |

### MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 026013576 | Sender Name: | SIGNATURE BANK | Ref. No.: | 140922165323H100 |
| Receiver ABA: | 021001033 | Receiver Name: | DEUTSCHE BANK TRUS | Prod. Code: | CTR |
| Ref. IMAD: | | | | Local Instrument Code: | |
| IMAD: | 20140922B6B7261F000925 | | Prop. Code: | | |
| OMAD: | 20140922B1Q8381R00477509221705FT03 | | | Ref. for Bnf.: | |
| As of Reason: | | As of Date: | | Disposition: | |
| Acc Off: | 075 | Account: | 1501798130 | Acc. Type: | DDA | Initiator ID: |
| Cr Acc Off: | | Cr Acc No: | | Cr Acc Type: | |
| Db Advice: | | Db Fee: | | Cr Advice: | | Cr Fee: |
| Drawdown Credit Account: | | | | | |
| Originator: | | Originator Option F: | N | Beneficiary: | |
| 1501798130 | | | | 42911590 | |
| RIVERSIDE ABSTRACT LLC | | | | Meridian Capital Group, LLC | |
| ECROW 3 | | | | | |
| 3839 FLATLANDS AVE, STE 208, | | | | | |
| BROOKLYN NY 11234 | | | | | |
| Originator Bank: | | | | Beneficiary Bank: | |

MESSAGE TEXT CONTINUED

Instructing Bank:                                    Intermediary Bank:

Drawdown Debit Account:                              Correspondent Bank:

Originator Bank Info:    B/O=Riverside Abstract LLC-Escrow 3 REF=45 John St Riverside Abstract 7182624200

Free Text:

BANK TO BANK INFORMATION

Receiver Bank Info:

Drawdown Debit Account:
     Advice Code:

     Advice Info:

Intermediary Bank Info:

BANK TO BANK INFORMATION CONTINUED

Intermediary Advice Info:

     Advice Code:

     Advice Info:

Beneficiary Bank Info:

Beneficiary Bank Advice Info:

     Advice Code:

     Advice Info:

Beneficiary Info:

Beneficiary Advice Info:

     Advice Code:

     Advice Info:

R 090816 000003

BANK TO BANK INFORMATION CONTINUED

Beneficiary MOP:

    MOP Code:

    MOP Info:

Bank to Bank Info:

Charges:

    Sender Charges:

      1.

      2.

      3.

      4.

Exchange Rate:
Spread:
Bank Op code:
Message Index:
Fee Account No:

Receiver Charges:

    Currency:
    Amount:

    Remote Initiator:

    Remote Verifier:

    Remote Releaser:

    Math Rule :    Misc Notes :

    Authorization Method:
      Message Total:

Instructed:

    Currency:
    Amount:    0

Values quoted to customer:

    Amt(USD):

    Exch Rate:

Fx Ref No:

R 090816 000004

ERRORS :

| DATE | TIME | TEXT |
|---|---|---|
| 09/22/2014 | 16:54:29 | OFAC Violation in Obi 'NSTRI' END OF KAREGARE SHOMALI STREET P.O. BOX 11365-3486 TEHRAN, IRAN ISLAMIC REPUBLIC OF AFF: NPWMD & IFSR OriginalSo Source: US Treasury SDN List Stop Name: NSTRI |
| 09/22/2014 | 16:54:29 | OFAC Violation in Obi 'NSTRI' MOAZZEN BLVD RAJAEE SHAHR, P.O. BOX 31485-498 KARAJ, IRAN ISLAMIC REPUBLIC OF AFF: NPWMD & IFSR OriginalSource: Source: US Treasury SDN List Stop Name: NSTRI |
| 09/22/2014 | 16:54:29 | OFAC Violation in Obi 'NSTRI' NORTH KAREGAR AVE P.O. BOX 14399/51113 TEHRAN, IRAN ISLAMIC REPUBLIC OF AFF: NPWMD & IFSR OriginalSource: OFAC A Source: US Treasury SDN List Stop Name: NSTRI |
| 09/22/2014 | 16:54:29 | OFAC Violation in Obi 'NSTRI' P.O. BOX 11365-3486 ALIASES: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE TEHRAN, IRAN, IRAN ISLAMIC REPUBL Source: US Treasury SDN List Stop Name: NSTRI |
| 09/22/2014 | 16:54:29 | OFAC Violation in Obi 'NSTRI' P.O. BOX 143/99-51113 ALIASES: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE TEHRAN, IRAN ISLAMIC REPUBLIC O Source: US Treasury SDN List Stop Name: NSTRI |
| 09/22/2014 | 17:05:05 | Actimize(1) RELEASE TransactionRiskScore: 0.0 |

AUDIT TRAIL :

| DATE | TIME | USER | STATUS | DURATION | COMMAND | ACCOUNT NO |
|---|---|---|---|---|---|---|
| 09/22/2014 | 17:04:55 | PAHUJA | OFACCONF | 5.00 | OFACCONF | 1501798130 |
| 09/22/2014 | 17:02:20 | TERRANOVA | OFACOUT | 10.00 | OFACOUT | 1501798130 |
| 09/22/2014 | 16:54:27 | LASSITER | REMOTE | 11.00 | REMOTE | 1501798130 |

NOTES :

| ROUTE NAME | VERSION | INCLUDE | TEXT |
|---|---|---|---|
| | 0.00 | | Client Initiated payment. |
| | | | LASSITER 09/22/2014 16:54:23 |

BSA NOTES :

| | |
|---|---|
| Name | |
| Address | |
| City | State | Zip |
| Phone | SSN | Tax Payer ID |
| Driver License | State Issued | Expiration |
| Comments | |

ORIGINAL RAW MESSAGE :

R 090816 000005

```
ID
FILE
DIRECTION
SWIFT ID
TIME STAMP
DATE PROCESSED
CONTENTS
```

OUTGOING RAW MESSAGE 1:

```
ID
FILE
DIRECTION
SWIFT ID
TIME STAMP
DATE PROCESSED
CONTENTS
```

OUTGOING RAW MESSAGE 2:

```
ID
FILE
DIRECTION
SWIFT ID
TIME STAMP
DATE PROCESSED
CONTENTS
```

CTP-COVER :

R 090816 000006

Originator (50a)                              Beneficiary (59)

Originating Bank (52a)                        Beneficiary Bank (57a)

Remittance Info (70)                          Intermediary Bank (56a)

Sender to Receiver Info (72)                  Instructed Amount (33b)

                                             Amount:        0

                                             Code:

CTP-EXTERNAL RELATED REMITTANCE :

ID:
Electronic Address:

Name:
Department:
Sub-Department:
Street Name:                                  Post Code:
Building Number:
Town Name:                                    Country Code:
Country Sub Division:                         Address Type:
Location Method:

Address :

CTP-UNSTRUCTURED REMITTANCE :

Unstructured Remittance Contents:

CTP-STRUCTURED REMITTANCE PARTIES :

R 090816 000007

## REMITTANCE ORIGINATOR

Name:

ID Type:         ID Code:

ID Number:                              ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:                                         Town Name:

Building Number:              Post Code:           Country Code:           Address Type:

Country Sub Division:

Address :

## CONTACT DETAILS

Name:                                   Mobile Number:

Phone Number:                          Other Information:

Fax Number:

Electronic Address:

## REMITTANCE BENEFICIARY

Name:

ID Type:         ID Code:

ID Number:                              ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:                                         Town Name:

Building Number:              Post Code:           Country Code:           Address Type:

Country Sub Division:

Address :

Page 8 of 9

R 090816 000008

## REMITTANCE DETAILS

PR Type:                    PR Proprietary Type:              PR  Issuer :

PR  ID:                                                      Gross Curr:          Gross Amount:

Actual Cur:        Actual Amount:                            Adj Curr:            Adj Amount:

Disc Curr:         Disc Amount:                              Adj Reason:          Adj Cit/DB:

Rem Date:

Adjustment Additional Information:


Sec Type:          Sec Proprietary Type:

Sec  ID:                                                     Sec  Issuer :

Free text:

## CTP-NOTIFICATION INFO :

Notification flag:

Name:                                                        Mobile Number:

Phone Number:                                                Other Information:

Fax Number:

Address:

R 090816 000009

## Outgoing FED Message

Requested By:    PAHUJA

Printed: 9/7/2016  10:09:59AM

VERSION:    0

### MESSAGE INFORMATION

| | | | |
|---|---|---|---|
| Amount: | $70,000.00 | Message ID: | 140922165323H101 | PDM: |
| | | Latest Version: | 0 | Priority: | M |
| Currency: | USD | Time: | 17:04:55 | URC: |
| Value Date: | 09/22/2014 | Department: | WIR | Status: | COMPLETE |
| Bank ID: | 075 | Branch: | 075BR204 | Template: |
| Message Type: | 10 | | | Purpose of wire: |
| Message Subtype: | 00 | Charge: | | |
| | | Source: | CSH | Country Code: | US |
| Fee: | 0.00 | External Ref.: | SIGNY2650986 | |
| Ref. No.: | 140922165323H101 | | | |

### MESSAGE TEXT

| | | Ref. No.: | 140922165323H101 |
|---|---|---|---|
| Sender ABA: | 026013576 | Sender Name: | SIGNATURE BANK |
| Receiver ABA: | 228071004 | Receiver Name: | NEW YORK COMMUNITY | Prod. Code: | CTR |
| | | | | Local Instrument Code: |
| Ref. IMAD: | | Prop. Code: | |
| IMAD: | 20140922B6B7261F000926 | | | Ref. for Buf.: |
| OMAD: | 20140922B6B7IR1C0002750922170SFT03 | Disposition: | |
| As of Reason: | As of Date: | Acc. Type: | DDA | Initiator ID: |
| Acc Off: | 075 | Account: | 1501798130 | Cr Acc Type: | | Cr Fee: |
| Cr Acc Off: | | Cr Acc No: | | Cr Advice: | |
| Db Advice: | | Db Fee: | | | |
| Drawdown Credit Account: | | | Beneficiary: | |
| Originator: | Originator Option F: | N | 53670014256 | |
| 1501798130 | | | Goldberg Weprin Finkel Goldstein LL | |
| RIVERSIDE ABSTRACT LLC | | | | |
| ECROW 3 | | | | |
| 3839 FLATLANDS AVE, STE 208, | | | | |
| BROOKLYN NY 11234 | | | Beneficiary Bank: | |
| Originator Bank: | | | | |

Page 1 of 9

R 090816 000010

MESSAGE TEXT CONTINUED

Instructing Bank:                                      Intermediary Bank:

Drawdown Debit Account:                    Correspondent Bank:

Originator Bank Info:        B/O=Riverside Abstract LLC-Escrow 3 REF=45 John St Riverside Abstract 7182524200

Free Text:

BANK TO BANK INFORMATION

Receiver Bank Info:

Drawdown Debit Account:
        Advice Code:

        Advice Info:

Intermediary Bank Info:

R 090816 000011

BANK TO BANK INFORMATION CONTINUED

Intermediary Advice Info:

        Advice Code:

        Advice Info:

Beneficiary Bank Info:

Beneficiary Bank Advice Info:

        Advice Code:

        Advice Info:

Beneficiary Info:

Beneficiary Advice Info:

        Advice Code:

        Advice Info:

R 090816 000012

BANK TO BANK INFORMATION CONTINUED

Beneficiary MOP:

     MOP Code:

     MOP Info:

Bank to Bank Info:

Charges:

    Sender Charges:

      1.

      2.

      3.

      4.

Exchange Rate:

Spread:

Bank Op code:

Message Index:

Fee Account No:

Receiver Charges:

    Currency:

    Amount:

    Remote Initiator:

    Remote Verifier:

    Remote Releaser:

    Math Rate :

    Authorization Method:

      Message Total:

Misc Notes :

Instructed:

    Currency:

    Amount:

Values quoted to customer:

    Amt(USD):

    Exch Rate:

Fx Ref No:

Page 4 of 9

R 090816 000013

ERRORS :

| DATE | TIME | TEXT |
|---|---|---|
| 09/22/2014 | 16:53:25 | OFAC Violation in Obi 'NSTRI' END OF KAREGARE SHOMALI STREET P.O. BOX 11365-3486 TEHRAN, IRAN ISLAMIC REPUBLIC OF AFF: NPWMD & IFSR OriginalSo Source: US Treasury SDN List Stop Name: NSTRI |
| 09/22/2014 | 16:53:25 | OFAC Violation in Obi 'NSTRI' MOAZZEN BLVD RAJAEE SHAHR, P.O. BOX 31485-498 KARAJ, IRAN ISLAMIC REPUBLIC OF AFF: NPWMD & IFSR OriginalSource: Source: US Treasury SDN List Stop Name: NSTRI |
| 09/22/2014 | 16:53:25 | OFAC Violation in Obi 'NSTRI' NORTH KAREGAR AVE P.O. BOX 14399/51113 TEHRAN, IRAN ISLAMIC REPUBLIC OF AFF: NPWMD & IFSR OriginalSource: OFAC A Source: US Treasury SDN List Stop Name: NSTRI |
| 09/22/2014 | 16:53:25 | OFAC Violation in Obi 'NSTRI' P.O. BOX 11365-3486 ALIASES: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE TEHRAN, IRAN, IRAN ISLAMIC REPUBL Source: US Treasury SDN List Stop Name: NSTRI |
| 09/22/2014 | 16:53:25 | OFAC Violation in Obi 'NSTRI' P.O. BOX 143/99-51113 ALIASES: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE TEHRAN, IRAN ISLAMIC REPUBLIC O Source: US Treasury SDN List Stop Name: NSTRI |
| 09/22/2014 | 17:05:08 | Actimize(1) RELEASE TransactionRiskScore: 0.0 |

AUDIT TRAIL :

| DATE | TIME | USER | STATUS | DURATION | COMMAND | ACCOUNT NO |
|---|---|---|---|---|---|---|
| 09/22/2014 | 17:04:59 | PAHUJA | OFACCONF | 4.00 | OFACCONF | 1501798130 |
| 09/22/2014 | 17:02:04 | TERRANOVA | OFACOUT | 8.00 | OFACOUT | 1501798130 |

NOTES :

| ROUTE NAME | VERSION | INCLUDE | TEXT |
|---|---|---|---|

BSA NOTES :

Name
Address

| | | |
|---|---|---|
| | State | Zip |
| City | SSN | Tax Payer ID |
| Phone | State Issued | Expiration |
| Driver License | | |
| Comments | | |

ORIGINAL RAW MESSAGE :

Page 5 of 9

R 090816 000014

ID
FILE
DIRECTION
SWIFT ID
TIME STAMP
DATE PROCESSED
CONTENTS

OUTGOING RAW MESSAGE 1 :

ID
FILE
DIRECTION
SWIFT ID
TIME STAMP
DATE PROCESSED
CONTENTS

OUTGOING RAW MESSAGE 2 :

ID
FILE
DIRECTION
SWIFT ID
TIME STAMP
DATE PROCESSED
CONTENTS

CTP-COVER :

R 090816 000015
Page 6 of 9

| | |
|---|---|
| Originator (50a) | Beneficiary (59) |
| Originating Bank (52a) | Beneficiary Bank (57a) |
| Remittance info (70) | Intermediary Bank (56a) |
| Sender to Receiver info (72) | Instructed Amount (33b)<br>Amount:<br>Code: |

CTP-EXTERNAL RELATED REMITTANCE :

ID:
Electronic Address:

Name:
Department:
Sub-Department:
Street Name:                                   Post Code:
Building Number:
Town Name:                                     Country Code:
Country Sub Division:                          Address Type:
Location Method:
Address :

CTP-UNSTRUCTURED REMITTANCE :

Unstructured Remittance Contents:

CTP-STRUCTURED REMITTANCE PARTIES :

Page 7 of 9

R 090816 000016

### REMITTANCE ORIGINATOR

Name:
ID Type:          ID Code:
ID Number:                          ID Number Issuer:
Date and Place of Birth :
Department :
Sub-Department:
Street Name:
Building Number:          Post Code:          Town Name:
Country Sub Division:                          Country Code:          Address Type:
Address :

### CONTACT DETAILS

Name:
Phone Number:                      Mobile Number:
Fax Number:                        Other Information:
Electronic Address:

### REMITTANCE BENEFICIARY

Name:
ID Type:          ID Code:
ID Number:                          ID Number Issuer:
Date and Place of Birth :
Department :
Sub-Department:
Street Name:
Building Number:          Post Code:          Town Name:
Country Sub Division:                          Country Code:          Address Type:
Address :

Page 8 of 9

## REMITTANCE DETAILS

PR Type:                PR Proprietary Type:

PR ID:                                              PR Issuer:

Actual Curr:          Actual Amount:                Gross Curr:          Gross Amount:

Disc Curr:            Disc Amount:                  Adj Curr:            Adj Amount:

Rem Date:                                           Adj Reason:          Adj CR/DR:

Adjustment Additional Information:


Sec Type:             Sec Proprietary Type:
                                                    Sec Issuer:
Sec ID:

Free text:

## CTP-NOTIFICATION INFO :

Notification flag:

Name:

Phone Number:                      Mobile Number:

Fax Number:                        Other Information:

Address:

R 090816 000018

## Outgoing FED Message

Printed: 9/7/2016  10:14:51AM          Requested By:   PAHUJA

VERSION:       0

### MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $500,000.00 | Message ID: | 140922104358H100 | PDM: | |
| Currency: | USD | Latest Version: | 0 | Priority: | M |
| Value Date: | 09/22/2014 | Time: | 10:47:20 | URC: | |
| Bank ID: | 075 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 075BR204 | Template: | |
| Message Subtype: | 00 | Charge: | | Purpose of wire: | |
| Fee: | 0.00 | Source: | CSH | | |
| Ref. No.: | 140922104358H100 | External Ref.: | SIGNY2650252 | Country Code : | US |

### MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 026013576 | Sender Name: | SIGNATURE BANK | Ref. No.: | 140922104358H100 |
| Receiver ABA: | 021000021 | Receiver Name: | JPMORGAN CHASE BAN | Prod. Code: | CTR |
| Ref. IMAD: | | | | Local Instrument Code: | |
| IMAD: | 20140922B6B7261F000149 | Prop. Code: | | | |
| OMAD: | 20140922B1QGC01R01934809221053FT03 | | | Ref. for Bnf.: | |
| As of Reason: | | As of Date: | | Disposition: | |
| Acc Off: | 075 | Account: | 1501552115 | Acc. Type: | DDA |
| Cr Acc Off: | | Cr Acc No: | | Cr Acc Type: | |
| Db Advice: | | Db Fee: | | Cr Advice: | |

Drawdown Credit Account:

Originator:            Originator Option F:   N          Beneficiary:

1501552115                                               428518275

RIVERSIDE ABSTRACT LLC - ESCRO                           Reliable Abstract LLC

ESCROW

212 2ND ST. SUITE 502

LAKEWOOD NJ 08701

Originator Bank:                                          Beneficiary Bank:

R 090816 000019

Page 1 of 9

## MESSAGE TEXT CONTINUED

Instructing Bank:                                    Intermediary Bank:

Drawdown Debit Account:                              Correspondent Bank:

Originator Bank Info:        B/O=Riverside Abstract LLC -Escrow REF=Riverside Abstract 7182524200

Free Text:

## BANK TO BANK INFORMATION

Receiver Bank Info:

Drawdown Debit Account:
    Advice Code:

    Advice Info:

Intermediary Bank Info:

BANK TO BANK INFORMATION CONTINUED

Intermediary Advice Info:

      Advice Code:

      Advice Info:

Beneficiary Bank Info:

Beneficiary Bank Advice Info:

      Advice Code:

      Advice Info:

Beneficiary Info:

Beneficiary Advice Info:

      Advice Code:

      Advice Info:

BANK TO BANK INFORMATION CONTINUED

Beneficiary MOP:

    MOP Code:

    MOP Info:

Bank to Bank Info:

Charges:

    Sender Charges:        Receiver Charges:        Instructed:

    1.        Currency:        Currency:
                Amount:        Amount:    0

    2.        Remote Initiator:        Values quoted to customer:

    3.        Remote Verifier:        Amt(USD):

    4.        Remote Releaser:        Exch Rate:

Exchange Rate:        Math Rule :    Misc Notes :
Spread:
Bank Op code:        Authorization Method:
Message Index:        Message Total:
Fee Account No:        Fx Ref No:

**ERRORS :**

| DATE | TIME | TEXT |
|---|---|---|
| 09/22/2014 | 10:47:40 | Actimize(1) HOLD TransactionRiskScore: 0.0 |

**AUDIT TRAIL :**

| DATE | TIME | USER | STATUS | DURATION | COMMAND | ACCOUNT NO |
|---|---|---|---|---|---|---|
| 09/22/2014 | 10:53:12 | ACTIMIZE | EXTINTEX | 0.00 | FREE | 1501552115 |
| 09/22/2014 | 10:47:32 | LASSITER | REMOTE | 12.00 | REMOTE | 1501552115 |

**NOTES :**

| ROUTE NAME | VERSION | INCLUDE | TEXT |
|---|---|---|---|
| | 0.00 | | Client initiated payment. |
| | | | LASSITER 09/22/2014 10:47:29 |

**BSA NOTES :**

Name

Address

City                          State                        Zip

Phone                       SSN                         Tax Payer ID

Driver License           State Issued              Expiration

Comments

**ORIGINAL RAW MESSAGE :**

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

**OUTGOING RAW MESSAGE 1 :**

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

OUTGOING RAW MESSAGE 2:

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

CTP-COVER :

Originator (50a)                              Beneficiary (59)

Originating Bank (52a)                       Beneficiary Bank (57a)

Remittance info (70)                         Intermediary Bank (56a)

Sender to Receiver info (72)                 Instructed Amount (33b)

                                             Amount:      0

                                             Code:

CTP-EXTERNAL RELATED REMITTANCE :

ID:

Electronic Address:


Name:

Department:

Sub-Department:

Street Name:

Building Number:                          Post Code:

Town Name:

Country Sub Division:                     Country Code:

Location Method:                          Address Type:

Address :

**CTP-UNSTRUCTURED REMITTANCE :**

Unstructured Remittance Contents:

**CTP-STRUCTURED REMITTANCE PARTIES :**

## REMITTANCE ORIGINATOR

Name:

ID Type: ID Code:

ID Number: ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name: Town Name:

Building Number: Post Code:

Country Code: Address Type:

Country Sub Division:

Address :

## CONTACT DETAILS

Name:

Phone Number: Mobile Number:

Fax Number: Other Information:

Electronic Address:

## REMITTANCE BEREFICIARY

Name:

ID Type: ID Code:

ID Number: ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name: Town Name:

Building Number: Post Code:

Country Code: Address Type:

Country Sub Division:

Address :

R 090816 000026

Page 8 of 9

## REMITTANCE DETAILS

PR Type:                PR Proprietary Type:

PR  ID:                                                    PR  Issuer :

Actual Cur:        Actual Amount:              Gross Curr:        Gross Amount:

Disc Curr:         Disc Amount:                Adj Curr:          Adj Amount:

Rem Date:                                                 Adj Reason:        Adj CR/DB:

Adjustment Additional Information:


Sec Type:              Sec Proprietary Type:

Sec  ID:                                                   Sec Issuer :

Free text:

## CTP-NOTIFICATION INFO :

Notification flag:

Name:

Phone Number:                          Mobile Number:

Fax Number:                            Other Information:

Address:

## Outgoing FED Message

Printed: 9/7/2016  10:16:42AM                    Requested By:    PAHUJA

VERSION:        0

### MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $1,200,000.00 | Message ID: | 140917162202H100 | PDM: | |
| Currency: | USD | Latest Version: | 0 | Priority: | M |
| Value Date: | 09/17/2014 | Time: | 16:28:29 | URC: | |
| Bank ID: | 075 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 075BR204 | Template: | |
| Message Subtype: | 00 | Charge: | | Purpose of wire: | |
| Fee: | 0.00 | Source: | CSH | | |
| Ref. No.: | 140917162202H100 | External Ref.: | SIGNY2601026 | Country Code : | US |

### MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 026013576 | Sender Name: | SIGNATURE BANK | Ref. No.: | 140917162202H100 |
| Receiver ABA: | 026013576 | Receiver Name: | SIGNATURE BANK | Prod. Code: | CTR |
| Ref. IMAD: | | | | Local Instrument Code: | |
| IMAD: | 20140917B6B7261F001002 | | Prop. Code: | | |
| OMAD: | 20140917B6B7261F00086009171641FT03 | | | Ref. for Bnf.: | |
| As of Reason: | As of Date: | | Disposition: | | |
| Acc Off: 075 | Account: 1501552115 | | Acc. Type: DDA | Initiator ID: | |
| Cr Acc Off: | Cr Acc No: | | Cr Acc Type: | | |
| Db Advice: | Db Fee: | | Cr Advice: | Cr Fee: | |

Drawdown Credit Account:

Originator:                    Originator Option F:        N                    Beneficiary:

1501552115                                                                    1501948221

RIVERSIDE ABSTRACT LLC - ESCRO                                3052 Brighton first LLC

ESCROW

212 2ND ST. SUITE 502

LAKEWOOD NJ 08701

Originator Bank:                                            Beneficiary Bank:

MESSAGE TEXT CONTINUED

Instructing Bank:                                      Intermediary Bank:

Drawdown Debit Account:                                Correspondent Bank:

Originator Bank Info:          B/O=Riverside Abstract LLC -Escrow

Free Text:

BANK TO BANK INFORMATION

Receiver Bank Info:

Drawdown Debit Account:
        Advice Code:

        Advice Info:

Intermediary Bank Info:

R 090816 000029

BANK TO BANK INFORMATION CONTINUED

Intermediary Advice Info:

    Advice Code:

    Advice Info:

Beneficiary Bank Info:

Beneficiary Bank Advice Info:

    Advice Code:

    Advice Info:

Beneficiary Info:

Beneficiary Advice Info:

    Advice Code:

    Advice Info:

BANK TO BANK INFORMATION CONTINUED

Beneficiary MOP:

    MOP Code:

    MOP Info:

Bank to Bank Info:

Charges:

  Sender Charges:        Receiver Charges:        Instructed:

    1.        Currency:        Currency:

            Amount:        Amount:    0

    2.

            Remote Initiator:    Values quoted to customer:

    3.        Remote Verifier:    Amt(USD):

    4.        Remote Releaser:    Exch Rate:

Exchange Rate:    Math Rule :    Misc Notes :

Spread:

Bank Op code:    Authorization Method:

Message Index:        Message Total:

Fee Account No:        Fx Ref No:

## ERRORS :

| DATE | TIME | TEXT |
|---|---|---|
| 09/17/2014 | 16:23:34 | OFAC Violation in Bnf BRIGHT AFF: IRAN ISLAMIC REPUBLIC OF OriginalSource: OFAC OriginalID: 15723 OtherInformation: VESSEL TYPE: Crude Oil Tan Source: US Treasury SDN List Stop Name: BRIGHT |
| 09/17/2014 | 16:28:43 | Actimize(1) HOLD TransactionRiskScore: 0.0 |

## AUDIT TRAIL :

| DATE | TIME | USER | STATUS | DURATION | COMMAND | ACCOUNT NO |
|---|---|---|---|---|---|---|
| 09/17/2014 | 16:41:24 | ACTIMIZE | EXTINTEX | 0.00 | FREE | 1501552115 |
| 09/17/2014 | 16:28:40 | VCHU | OFACCONF | 11.00 | OFACCONF | 1501552115 |
| 09/17/2014 | 16:28:19 | KOUPERMAN | OFACOUT | 11.00 | OFACOUT | 1501552115 |
| 09/17/2014 | 16:23:31 | SANCIMINO | REMOTE | 12.00 | REMOTE | 1501552115 |

## NOTES :

| ROUTE NAME | VERSION | INCLUDE | TEXT |
|---|---|---|---|
| | 0.00 | | Client initiated payment. |
| | | | SANCIMINO 09/17/2014 16:23:28 |

## BSA NOTES :

Name

Address

| | | |
|---|---|---|
| City | State | Zip |
| Phone | SSN | Tax Payer ID |
| Driver License | State Issued | Expiration |
| Comments | | |

## ORIGINAL RAW MESSAGE :

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

OUTGOING RAW MESSAGE 1 :

ID
FILE
DIRECTION
SWIFT ID
TIME STAMP
DATE PROCESSED
CONTENTS

OUTGOING RAW MESSAGE 2:

ID
FILE
DIRECTION
SWIFT ID
TIME STAMP
DATE PROCESSED
CONTENTS

CTP-COVER :

Originator (50a)                              Beneficiary (59)

Originating Bank (52a)                        Beneficiary Bank (57a)

Remittance Info (70)                          Intermediary Bank (56a)

Sender to Receiver info (72)                  Instructed Amount (33b)

                                              Amount:        0

                                              Code:

CTP-EXTERNAL RELATED REMITTANCE :

ID:

Electronic Address:

Name:

Department:

Sub-Department:

Street Name:

Building Number:                                    Post Code:

Town Name:

Country Sub Division:                               Country Code:

Location Method:                                    Address Type:

Address :

CTP-UNSTRUCTURED REMITTANCE :

Unstructured Remittance Contents:

CTP-STRUCTURED REMITTANCE PARTIES :

R 090816 000034

## REMITTANCE ORIGINATOR

Name:
ID Type:          ID Code:
ID Number:                              ID Number Issuer:
Date and Place of Birth :
Department :
Sub-Department:
Street Name:
Building Number:                 Post Code:            Town Name:
Country Sub Division:                                  Country Code:          Address Type:
Address :

## CONTACT DETAILS

Name:
Phone Number:                           Mobile Number:
Fax Number:                             Other Information:
Electronic Address:

## REMITTANCE BEREFICIARY

Name:
ID Type:          ID Code:
ID Number:                              ID Number Issuer:
Date and Place of Birth :
Department :
Sub-Department:
Street Name:
Building Number:                 Post Code:            Town Name:
Country Sub Division:                                  Country Code:          Address Type:
Address :

R 090816 000035

## REMITTANCE DETAILS

PR Type:                PR Proprietary Type:

PR ID:                                               PR Issuer :

Actual Cur:        Actual Amount:              Gross Curr:        Gross Amount:

Disc Curr:         Disc Amount:                 Adj Curr:          Adj Amount:

Rem Date:                                           Adj Reason:        Adj CR/DB:

Adjustment Additional Information:

Sec Type:               Sec Proprietary Type:

Sec ID:                                              Sec Issuer :

Free text:

## CTP-NOTIFICATION INFO :

Notification flag:

Name:

Phone Number:                      Mobile Number:

Fax Number:                         Other Information:

Address:

## Outgoing FED Message

Printed: 9/7/2016 10:18:18AM                    Requested By:    PAHUJA

VERSION:        0

### MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $242,000.00 | Message ID: | 140922104033H100 | PDM: | |
| Currency: | USD | Latest Version: | 0 | Priority: | M |
| Value Date: | 09/22/2014 | Time: | 10:42:11 | URC: | |
| Bank ID: | 075 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 075BR204 | Template: | |
| Message Subtype: | 00 | Charge: | | Purpose of wire: | |
| Fee: | 0.00 | Source: | CSH | | |
| Ref. No.: | 140922104033H100 | External Ref.: | SIGNY2650247 | Country Code : | US |

### MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 026013576 | Sender Name: | SIGNATURE BANK | Ref. No.: | 140922104033H100 |
| Receiver ABA: | 021000021 | Receiver Name: | JPMORGAN CHASE BAN | Prod. Code: | CTR |
| Ref. IMAD: | | | | Local Instrument Code: | |
| IMAD: | 20140922B6B7261F000139 | Prop. Code: | | | |
| OMAD: | 20140922B1QGC01R01881509221046FT03 | | | Ref. for Bnf.: | |
| As of Date: | As of Date: | | | Disposition: | |
| Acc Off: | 075 | Account: | 1501552115 | Acc Type: | DDA | Initiator ID: |
| Cr Acc Off: | | Cr Acc No: | | Cr Acc Type: | |
| Db Advice: | | Db Fee: | | Cr Advice: | | Cr Fee: |

Drawdown Credit Account:

| | | | |
|---|---|---|---|
| Originator: | Originator Option F: | N | Beneficiary: |
| 1501552115 | | | 995236601 |
| RIVERSIDE ABSTRACT LLC - ESCRO | | | Image Capital LLC |
| ESCROW | | | |
| 212 2ND ST. SUITE 502 | | | |
| LAKEWOOD NJ 08701 | | | |
| Originator Bank: | | | Beneficiary Bank: |

R 090816 000037

Page 1 of 9

## MESSAGE TEXT CONTINUED

Instructing Bank:

Intermediary Bank:

Drawdown Debit Account:

Correspondent Bank:

Originator Bank Info:    B/O=Riverside Abstract LLC -Escrow REF=Riverside Abstract 7182524200

Free Text:

## BANK TO BANK INFORMATION

Receiver Bank Info:

Drawdown Debit Account:
Advice Code:

Advice Info:

Intermediary Bank Info:

R 090816 000038

BANK TO BANK INFORMATION CONTINUED

Intermediary Advice Info:

        Advice Code:

        Advice Info:

Beneficiary Bank Info:

Beneficiary Bank Advice Info:

        Advice Code:

        Advice Info:

Beneficiary Info:

Beneficiary Advice Info:

        Advice Code:

        Advice Info:

R 090816 000039

BANK TO BANK INFORMATION CONTINUED

Beneficiary MOP:

MOP Code:

MOP Info:

Bank to Bank Info:

Charges:

| Sender Charges: | Receiver Charges: | Instructed: |
|---|---|---|
| | Currency: | Currency: |
| 1. | Amount: | Amount: 0 |
| 2. | Remote Initiator: | Values quoted to customer: |
| 3. | Remote Verifier: | Amt(USD): |
| 4. | Remote Releaser: | Exch Rate: |
| Exchange Rate: | Math Rule :     Misc Notes : | |
| Spread: | | |
| Bank Op code: | Authorization Method: | |
| Message Index: | Message Total: | |
| Fee Account No: | | Fx Ref No: |

## ERRORS :

| DATE | TIME | TEXT |
|---|---|---|
| 09/22/2014 | 10:42:38 | Actimize(1) HOLD TransactionRiskScore: 0.0 |

## AUDIT TRAIL :

| DATE | TIME | USER | STATUS | DURATION | COMMAND | ACCOUNT NO |
|---|---|---|---|---|---|---|
| 09/22/2014 | 10:46:22 | ACTIMIZE | EXTINTEX | 0.00 | FREE | 1501552115 |
| 09/22/2014 | 10:42:29 | LASSITER | REMOTE | 18.00 | REMOTE | 1501552115 |

## NOTES :

| ROUTE NAME | VERSION | INCLUDE | TEXT |
|---|---|---|---|
|  | 0.00 |  | Client initiated payment. |
|  |  |  | LASSITER 09/22/2014 10:42:26 |

## BSA NOTES :

Name

Address

City                    State                    Zip

Phone                   SSN                      Tax Payer ID

Driver License          State Issued             Expiration

Comments

## ORIGINAL RAW MESSAGE :

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

## OUTGOING RAW MESSAGE 1 :

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

OUTGOING RAW MESSAGE 2:

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

CTP-COVER :

Originator (50a)                              Beneficiary (59)

Originating Bank (52a)                        Beneficiary Bank (57a)

Remittance info (70)                          Intermediary Bank (56a)

Sender to Receiver info (72)                  Instructed Amount (33b)

                                              Amount:        0

                                              Code:

CTP-EXTERNAL RELATED REMITTANCE :

R 090816 000042

ID:
Electronic Address:

Name:
Department:
Sub-Department:
Street Name:
Building Number:                                    Post Code:
Town Name:
Country Sub Division:                              Country Code:
Location Method:                                    Address Type:
Address :

CTP-UNSTRUCTURED REMITTANCE :

Unstructured Remittance Contents:

CTP-STRUCTURED REMITTANCE PARTIES :

## REMITTANCE ORIGINATOR

Name:

ID Type:          ID Code:

ID Number:                                ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:                Post Code:                Town Name:

Country Sub Division:                                Country Code:          Address Type:

Address :

## CONTACT DETAILS

Name:

Phone Number:                            Mobile Number:

Fax Number:                              Other Information:

Electronic Address:

## REMITTANCE BEREFICIARY

Name:

ID Type:          ID Code:

ID Number:                                ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:                Post Code:                Town Name:

Country Sub Division:                                Country Code:          Address Type:

Address :

## REMITTANCE DETAILS

| | |
|---|---|
| PR Type: | PR Proprietary Type: |
| PR ID: | PR Issuer : |
| Actual Cur: | Actual Amount: | Gross Curr: | Gross Amount: |
| Disc Curr: | Disc Amount: | Adj Curr: | Adj Amount: |
| Rem Date: | Adj Reason: | Adj CR/DB: |

Adjustment Additional Information:

Sec Type:      Sec Proprietary Type:

Sec ID:                              Sec Issuer :

Free text:

## CTP-NOTIFICATION INFO :

Notification flag:

Name:

Phone Number:                          Mobile Number:

Fax Number:                            Other Information:

Address:

## Incoming FED Message

Printed: 9/7/2016 10:19:17AM                Requested By:    PAHUJA

VERSION:        0

### MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $227,341.00 | Message ID: | 140919162719F200 | PDM: | O |
| Currency: | USD | Latest Version: | 0 | Priority: | M |
| Value Date: | 09/19/2014 | Time: | 16:27:19 | URC: | |
| Bank ID: | 075 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 075BR204 | Template: | |
| Message Subtype: | 00 | Charge: | | Purpose of wire: | |
| Fee: | 0.00 | Source: | FLS | | |
| Ref. No.: | 201409190002760 | External Ref.: | | Country Code : | US |

### MESSAGE TEXT

Sender ABA:        226071004        Sender Name:    NEW YORK COMMUNITY        Ref. No.:    201409190002760

Receiver ABA:    026013576        Receiver Name:    SIGNATURE BANK        Prod. Code:    CTR

Ref. No.:                                                Local Instrument Code:

IMAD:        20140919B6B7IR1C000251                Prop. Code:

OMAD:        20140919B6B7261F00091909191627FT03                Ref. for Bnf.:

As of Reason:        As of Date:                            Disposition:

Acc Off:    075        Account:    1501552115        Acc. Type:    DDA        Initiator ID:

Cr Acc Off:        Cr Acc No:                        Cr Acc Type:

Db Advice:            Db Fee:                    Cr Advice:                Cr Fee:    0.00

Drawdown Credit Account:

Originator:        Originator Option F:    N            Beneficiary:

053670014272                                    1501552115

GOLDBERG WEPRIN FINKEL GOLDSTEIN LL                RIVERSIDE ABSTRACT LLC ESCROW

1501 BROADWAY FL 22                        3839 FLATLANDS AVE STE 208

NEW YORK NY 10036-5600                        BROOKLYN NY 11234

Originator Bank:                            Beneficiary Bank:

MESSAGE TEXT CONTINUED

Instructing Bank:                                    Intermediary Bank:




Drawdown Debit Account:                              Correspondent Bank:




Originator Bank Info:        45 JOHN STREET
Free Text:

BANK TO BANK INFORMATION

Receiver Bank Info:




Drawdown Debit Account:
        Advice Code:

        Advice Info:




Intermediary Bank Info:

BANK TO BANK INFORMATION CONTINUED

Intermediary Advice Info:

      Advice Code:

      Advice Info:

Beneficiary Bank Info:

Beneficiary Bank Advice Info:

      Advice Code:

      Advice Info:

Beneficiary Info:

Beneficiary Advice Info:

      Advice Code:

      Advice Info:

BANK TO BANK INFORMATION CONTINUED

Beneficiary MOP:

　　　　MOP Code:

　　　　MOP Info:

Bank to Bank Info:

Charges:

　　Sender Charges:               Receiver Charges:                      Instructed:

　　　1.                              Currency:                            Currency:
                                    Amount:                              Amount:
　　　2.
                                    Remote Initiator:            Values quoted to customer:
　　　3.                              Remote Verifier:                    Amt(USD):

　　　4.                              Remote Releaser:                    Exch Rate:

Exchange Rate:                      Math Rule :        Misc Notes :
Spread:
Bank Op code:                          Authorization Method:
Message Index:                            Message Total:
Fee Account No:                                               Fx Ref No:

ERRORS :

| DATE | TIME | TEXT |
|------|------|------|
| 09/19/2014 | 16:27:21 | Actimize(1) RELEASE TransactionRiskScore: Not Set |

AUDIT TRAIL :

| DATE | TIME | USER | STATUS | DURATION | COMMAND | ACCOUNT NO |
|------|------|------|--------|----------|---------|------------|
| | | | | | | |

NOTES :

| ROUTE NAME | VERSION | INCLUDE | TEXT |
|------------|---------|---------|------|
| | | | |

BSA NOTES :

Name

Address

| City | State | Zip |
|------|-------|-----|
| Phone | SSN | Tax Payer ID |
| Driver License | State Issued | Expiration |

Comments

ORIGINAL RAW MESSAGE :

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

OUTGOING RAW MESSAGE 1 :

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

OUTGOING RAW MESSAGE 2:

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

CTP-COVER :

Originator (50a)                                    Beneficiary (59)

Originating Bank (52a)                          Beneficiary Bank (57a)

Remittance info (70)                             Intermediary Bank (56a)

Sender to Receiver info (72)                  Instructed Amount (33b)

                                                          Amount:

                                                          Code:

CTP-EXTERNAL RELATED REMITTANCE :

ID:
Electronic Address:


Name:
Department:
Sub-Department:
Street Name:
Building Number:                          Post Code:
Town Name:
Country Sub Division:                     Country Code:
Location Method:                          Address Type:
Address :

CTP-UNSTRUCTURED REMITTANCE :

Unstructured Remittance Contents:

CTP-STRUCTURED REMITTANCE PARTIES :

R 090816 000052

## REMITTANCE ORIGINATOR

Name:

ID Type:          ID Code:

ID Number:                          ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:          Post Code:          Town Name:

Country Sub Division:          Country Code:          Address Type:

Address :

## CONTACT DETAILS

Name:

Phone Number:                    Mobile Number:

Fax Number:                    Other Information:

Electronic Address:

## REMITTANCE BEREFICIARY

Name:

ID Type:          ID Code:

ID Number:                          ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:          Post Code:          Town Name:

Country Sub Division:          Country Code:          Address Type:

Address :

R 090816 000053

## REMITTANCE DETAILS

PR Type:                    PR Proprietary Type:

PR ID:                                                    PR Issuer :

Actual Cur:          Actual Amount:              Gross Curr:          Gross Amount:

Disc Curr:           Disc Amount:                Adj Curr:            Adj Amount:

Rem Date:                                                Adj Reason:          Adj CR/DB:

Adjustment Additional Information:

Sec Type:                   Sec Proprietary Type:

Sec ID:                                                  Sec Issuer :

Free text:

## CTP-NOTIFICATION INFO :

Notification flag:

Name:

Phone Number:                        Mobile Number:

Fax Number:                          Other Information:

Address:

## Outgoing FED Message

Printed: 9/7/2016 10:04:12AM                    Requested By:    PAHUJA

VERSION:    0

### MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $19,672,687.23 | Message ID: | 140919163409H100 | PDM: | |
| Currency: | USD | Latest Version: | 0 | Priority: | M |
| Value Date: | 09/19/2014 | Time: | 16:35:05 | URC: | |
| Bank ID: | 075 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 075BR204 | Template: | |
| Message Subtype: | 00 | Charge: | | Purpose of wire: | |
| Fee: | 0.00 | Source: | CSH | | |
| Ref. No.: | 140919163409H100 | External Ref.: | SIGNY2621047 | Country Code: | US |

### MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 026013576 | Sender Name: | SIGNATURE BANK | Ref. No.: | 140919163409H100 |
| Receiver ABA: | 021000089 | Receiver Name: | CITIBANK N.A. | Prod. Code: | CTR |
| Ref. IMAD: | | | | Local Instrument Code: | |
| IMAD: | 20140919B6B7261F001045 | | Prop. Code: | | |
| OMAD: | 20140919B1Q8021R02929909191639FT03 | | | Ref. for Bnf.: | |
| As of Reason: | | As of Date: | | Disposition: | |
| Acc Off: | 075 | Account: | 1501552115 | Acc. Type: | DDA | Initiator ID: |
| Cr Acc Off: | | Cr Acc No: | | Cr Acc Type: | |
| Db Advice: | | Db Fee: | | Cr Advice: | | Cr Fee: |

Drawdown Credit Account:

Originator:        Originator Option F:    N            Beneficiary:

1501552115                                              004971716165

RIVERSIDE ABSTRACT LLC - ESCRO                          Herrick, Feinstein LLP

ESCROW

212 2ND ST. SUITE 502

LAKEWOOD NJ 08701

Originator Bank:                                        Beneficiary Bank:

R 090816 000055

Page 1 of 9

MESSAGE TEXT CONTINUED

Instructing Bank:

Intermediary Bank:

Drawdown Debit Account:

Correspondent Bank:

Originator Bank Info:      B/O=Riverside Abstract LLC -Escrow REF=REF: RENATUS/MILLER  RANY-16467Riverside Abstract
Free Text:                         7182524200

BANK TO BANK INFORMATION

Receiver Bank Info:

Drawdown Debit Account:
         Advice Code:

         Advice Info:

Intermediary Bank Info:

BANK TO BANK INFORMATION CONTINUED

Intermediary Advice Info:

Advice Code:

Advice Info:

Beneficiary Bank Info:

Beneficiary Bank Advice Info:

Advice Code:

Advice Info:

Beneficiary Info:

Beneficiary Advice Info:

Advice Code:

Advice Info:

R 090816 000057

BANK TO BANK INFORMATION CONTINUED

Beneficiary MOP:

     MOP Code:

     MOP Info:

Bank to Bank Info:

Charges:

    Sender Charges:          Receiver Charges:            Instructed:

        1.            Currency:            Currency:
                      Amount:             Amount:    0

        2.            Remote Initiator:        Values quoted to customer:

        3.            Remote Verifier:          Amt(USD):

        4.            Remote Releaser:         Exch Rate:

Exchange Rate:         Math Rule :      Misc Notes :
Spread:
Bank Op code:            Authorization Method:
Message Index:           Message Total:
Fee Account No:                     Fx Ref No:

ERRORS :

| DATE | TIME | TEXT |
|------|------|------|
| 09/19/2014 | 16:35:27 | Actimize(1) HOLD TransactionRiskScore: 0.0 |

AUDIT TRAIL :

| DATE | TIME | USER | STATUS | DURATION | COMMAND | ACCOUNT NO |
|------|------|------|--------|----------|---------|------------|
| 09/19/2014 | 16:38:56 | ACTIMIZE | EXTINTEX | 0.00 | FREE | 1501552115 |
| 09/19/2014 | 16:35:21 | LASSITER | REMOTE | 16.00 | REMOTE | 1501552115 |

NOTES :

| ROUTE NAME | VERSION | INCLUDE | TEXT |
|------------|---------|---------|------|
| | 0.00 | | Client initiated payment. |
| | | | LASSITER 09/19/2014 16:35:18 |

BSA NOTES :

Name

Address

| | | |
|------|------|------|
| City | State | Zip |
| Phone | SSN | Tax Payer ID |
| Driver License | State Issued | Expiration |
| Comments | | |

ORIGINAL RAW MESSAGE :

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

OUTGOING RAW MESSAGE 1 :

R 090816 000059

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

OUTGOING RAW MESSAGE 2:

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

CTP-COVER :

| Originator (50a) | Beneficiary (59) |
|---|---|
| Originating Bank (52a) | Beneficiary Bank (57a) |
| Remittance info (70) | Intermediary Bank (56a) |
| Sender to Receiver info (72) | Instructed Amount (33b) |
| | Amount:    0 |
| | Code: |

CTP-EXTERNAL RELATED REMITTANCE :

ID:
Electronic Address:

Name:
Department:
Sub-Department:
Street Name:
Building Number:                                            Post Code:
Town Name:
Country Sub Division:                                        Country Code:
Location Method:                                            Address Type:
Address :

CTP-UNSTRUCTURED REMITTANCE :

Unstructured Remittance Contents:

CTP-STRUCTURED REMITTANCE PARTIES :

## REMITTANCE ORIGINATOR

Name:

ID Type:          ID Code:

ID Number:                                    ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:              Post Code:              Town Name:

Country Sub Division:                        Country Code:          Address Type:

Address :

## CONTACT DETAILS

Name:

Phone Number:                        Mobile Number:

Fax Number:                          Other Information:

Electronic Address:

## REMITTANCE BEREFICIARY

Name:

ID Type:          ID Code:

ID Number:                                    ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:              Post Code:              Town Name:

Country Sub Division:                        Country Code:          Address Type:

Address :

R 090816 000062

## REMITTANCE DETAILS

PR Type:              PR Proprietary Type:

PR ID:                                          PR Issuer :

Actual Cur:        Actual Amount:              Gross Curr:        Gross Amount:

Disc Curr:         Disc Amount:               Adj Curr:          Adj Amount:

Rem Date:                                       Adj Reason:        Adj CR/DB:

Adjustment Additional Information:


Sec Type:            Sec Proprietary Type:

Sec ID:                                          Sec Issuer :

Free text:

## CTP-NOTIFICATION INFO :

Notification flag:

Name:

Phone Number:                          Mobile Number:

Fax Number:                            Other Information:

Address:

## Outgoing FED Message

Printed: 9/7/2016 10:04:47AM                    Requested By:    PAHUJA

VERSION:    0

### MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $3,007,341.00 | Message ID: | 140922165241H100 | PDM: | |
| Currency: | USD | Latest Version: | 0 | Priority: | M |
| Value Date: | 09/22/2014 | Time: | 17:02:36 | URC: | |
| Bank ID: | 075 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 075BR204 | Template: | |
| Message Subtype: | 00 | Charge: | | Purpose of wire: | |
| Fee: | 0.00 | Source: | CSH | | |
| Ref. No.: | 140922165241H100 | External Ref.: | SIGNY2650983 | Country Code : | US |

### MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 026013576 | Sender Name: | SIGNATURE BANK | Ref. No.: | 140922165241H100 |
| Receiver ABA: | 226071004 | Receiver Name: | NEW YORK COMMUNITY | Prod. Code: | CTR |
| Ref. IMAD: | | | | Local Instrument Code: | |

IMAD:    20140922B6B7261F000931                    Prop. Code:

OMAD:    20140922B6B7IR1C00027909221717FT03                    Ref. for Bnf.:

| | | | | | |
|---|---|---|---|---|---|
| As of Reason: | | As of Date: | | Disposition: | |
| Acc Off: | 075 | Account: | 1501798130 | Acc. Type: | DDA | Initiator ID: |
| Cr Acc Off: | | Cr Acc No: | | Cr Acc Type: | |
| Db Advice: | | Db Fee: | | Cr Advice: | | Cr Fee: |

Drawdown Credit Account:

Originator:          Originator Option F:    N          Beneficiary:

1501798130                                              53670014272

RIVERSIDE ABSTRACT LLC                                  Goldberg Weprin Finkel Goldstein LL

ECROW 3

3839 FLATLANDS AVE, STE 208,

BROOKLYN NY 11234

Originator Bank:                                        Beneficiary Bank:

MESSAGE TEXT CONTINUED

Instructing Bank:                                    Intermediary Bank:

Drawdown Debit Account:                              Correspondent Bank:

Originator Bank Info:    B/O=Riverside Abstract LLC-Escrow 3 REF=45 John St Riverside Abstract 7182524200

Free Text:

BANK TO BANK INFORMATION

Receiver Bank Info:

Drawdown Debit Account:
        Advice Code:

        Advice Info:

Intermediary Bank Info:

R 090816 000065

BANK TO BANK INFORMATION CONTINUED

Intermediary Advice Info:

    Advice Code:

    Advice Info:

Beneficiary Bank Info:

Beneficiary Bank Advice Info:

    Advice Code:

    Advice Info:

Beneficiary Info:

Beneficiary Advice Info:

    Advice Code:

    Advice Info:

BANK TO BANK INFORMATION CONTINUED

Beneficiary MOP:

      MOP Code:

      MOP Info:

Bank to Bank Info:

Charges:

    Sender Charges:

      1.

      2.

      3.

      4.

Exchange Rate:
Spread:
Bank Op code:
Message Index:
Fee Account No:

Receiver Charges:

    Currency:
    Amount:
    Remote Initiator:
    Remote Verifier:
    Remote Releaser:
    Math Rule :          Misc Notes :
    Authorization Method:
      Message Total:

Instructed:

    Currency:
    Amount:          0

Values quoted to customer:

    Amt(USD):

    Exch Rate:

Fx Ref No:

**ERRORS :**

| DATE | TIME | TEXT |
|---|---|---|
| 09/22/2014 | 16:53:22 | OFAC Violation in Obi 'NSTRI' END OF KAREGARE SHOMALI STREET P.O. BOX 11365-3486 TEHRAN, IRAN ISLAMIC REPUBLIC OF AFF: NPWMD & IFSR OriginalSo Source: US Treasury SDN List Stop Name: NSTRI |
| 09/22/2014 | 16:53:22 | OFAC Violation in Obi 'NSTRI' MOAZZEN BLVD RAJAEE SHAHR, P.O. BOX 31485-498 KARAJ, IRAN ISLAMIC REPUBLIC OF AFF: NPWMD & IFSR OriginalSource: Source: US Treasury SDN List Stop Name: NSTRI |
| 09/22/2014 | 16:53:22 | OFAC Violation in Obi 'NSTRI' NORTH KAREGAR AVE P.O. BOX 14399/51113 TEHRAN, IRAN ISLAMIC REPUBLIC OF AFF: NPWMD & IFSR OriginalSource: OFAC A Source: US Treasury SDN List Stop Name: NSTRI |
| 09/22/2014 | 16:53:22 | OFAC Violation in Obi 'NSTRI' P.O. BOX 11365-3486 ALIASES: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE TEHRAN, IRAN, IRAN ISLAMIC REPUBLI Source: US Treasury SDN List Stop Name: NSTRI |
| 09/22/2014 | 16:53:22 | OFAC Violation in Obi 'NSTRI' P.O. BOX 143/99-51113 ALIASES: NUCLEAR SCIENCE AND TECHNOLOGY RESEARCH INSTITUTE TEHRAN, IRAN ISLAMIC REPUBLIC O Source: US Treasury SDN List Stop Name: NSTRI |
| 09/22/2014 | 17:02:46 | Actimize(1) HOLD TransactionRiskScore: 0.0 |

**AUDIT TRAIL :**

| DATE | TIME | USER | STATUS | DURATION | COMMAND | ACCOUNT NO |
|---|---|---|---|---|---|---|
| 09/22/2014 | 17:17:26 | ACTIMIZE | EXTINTEX | 0.00 | FREE | 1501798130 |
| 09/22/2014 | 17:02:42 | PAHUJA | OFACCONF | 6.00 | OFACCONF | 1501798130 |
| 09/22/2014 | 17:01:22 | TERRANOVA | OFACOUT | 14.00 | OFACOUT | 1501798130 |
| 09/22/2014 | 16:53:20 | LASSITER | REMOTE | 13.00 | REMOTE | 1501798130 |

**NOTES :**

| ROUTE NAME | VERSION | INCLUDE | TEXT |
|---|---|---|---|
| | 0.00 | | Client initiated payment. |
| | | | LASSITER 09/22/2014 16:53:17 |

**BSA NOTES :**

Name
Address

City    State    Zip
Phone    SSN    Tax Payer ID
Driver License    State Issued    Expiration
Comments

**ORIGINAL RAW MESSAGE :**

R 090816 000068

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

OUTGOING RAW MESSAGE 1 :

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

OUTGOING RAW MESSAGE 2:

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

CTP-COVER :

| Originator (50a) | Beneficiary (59) |
|---|---|
| Originating Bank (52a) | Beneficiary Bank (57a) |
| Remittance info (70) | Intermediary Bank (56a) |
| Sender to Receiver info (72) | Instructed Amount (33b) |
| | Amount: 0 |
| | Code: |

**CTP-EXTERNAL RELATED REMITTANCE :**

ID:
Electronic Address:

Name:
Department:
Sub-Department:
Street Name:
Building Number:                          Post Code:
Town Name:
Country Sub Division:                     Country Code:
Location Method:                          Address Type:
Address :

**CTP-UNSTRUCTURED REMITTANCE :**

Unstructured Remittance Contents:

**CTP-STRUCTURED REMITTANCE PARTIES :**

## REMITTANCE ORIGINATOR

Name:

ID Type:        ID Code:

ID Number:                              ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:            Post Code:                Town Name:

Country Sub Division:                              Country Code:        Address Type:

Address :

## CONTACT DETAILS

Name:

Phone Number:                      Mobile Number:

Fax Number:                        Other Information:

Electronic Address:

## REMITTANCE BEREFICIARY

Name:

ID Type:        ID Code:

ID Number:                              ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:            Post Code:                Town Name:

Country Sub Division:                              Country Code:        Address Type:

Address :

R 090816 000071

## REMITTANCE DETAILS

PR Type:                    PR Proprietary Type:

PR ID:                                              PR Issuer :

Actual Cur:        Actual Amount:                   Gross Curr:        Gross Amount:

Disc Curr:         Disc Amount:                     Adj Curr:          Adj Amount:

Rem Date:                                           Adj Reason:        Adj CR/DB:

Adjustment Additional Information:


Sec Type:                  Sec Proprietary Type:

Sec ID:                                             Sec Issuer :

Free text:

## CTP-NOTIFICATION INFO :

Notification flag:

Name:

Phone Number:                    Mobile Number:

Fax Number:                      Other Information:

Address:

## Outgoing FED Message

Printed: 9/7/2016  10:10:51AM                    Requested By:    PAHUJA

VERSION:        0

### MESSAGE INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Amount: | $2,827,312.77 | Message ID: | 140919163409H101 | PDM: | | |
| Currency: | USD | Latest Version: | 0 | Priority: | M | |
| Value Date: | 09/19/2014 | Time: | 16:41:47 | URC: | | |
| Bank ID: | 075 | Department: | WIR | Status: | COMPLETE | |
| Message Type: | 10 | Branch: | 075BR204 | Template: | | |
| Message Subtype: | 00 | Charge: | | Purpose of wire: | | |
| Fee: | 0.00 | Source: | CSH | | | |
| Ref. No.: | 140919163409H101 | External Ref.: | SIGNY2621048 | Country Code : | US | |

### MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 026013576 | Sender Name: | SIGNATURE BANK | Ref. No.: | 140919163409H101 |
| Receiver ABA: | 026009085 | Receiver Name: | MEGA INTERNATIONAL | Prod. Code: | CTR |
| Ref. IMAD: | | | | Local Instrument Code: | |
| IMAD: | 20140919B6B7261F001059 | | Prop. Code: | | |
| OMAD: | 20140919B1Q8441C00034209191643FT03 | | | Ref. for Bnf.: | |

As of Reason:        As of Date:

| | | | | Disposition: | |
|---|---|---|---|---|---|
| Acc Off: | 075 | Account: | 1501552115 | Acc. Type: | DDA |  Initiator ID: |

Cr Acc Off:        Cr Acc No:                  Cr Acc Type:

Db Advice:              Db Fee:                  Cr Advice:              Cr Fee:

Drawdown Credit Account:

Originator:        Originator Option F:    N          Beneficiary:

1501552115                                    60002000

RIVERSIDE ABSTRACT LLC - ESCRO             Crown Mansion LLC-Loan Division

ESCROW

212 2ND ST. SUITE 502

LAKEWOOD NJ 08701

Originator Bank:                           Beneficiary Bank:

MESSAGE TEXT CONTINUED

Instructing Bank:                                    Intermediary Bank:

Drawdown Debit Account:                              Correspondent Bank:

Originator Bank Info:    B/O=Riverside Abstract LLC -Escrow REF=Crown Mansion, LLC Payment-Loan Division-Riverside
                         Abstract 7182524200
Free Text:

BANK TO BANK INFORMATION

Receiver Bank Info:

Drawdown Debit Account:
    Advice Code:

    Advice Info:

Intermediary Bank Info:

BANK TO BANK INFORMATION CONTINUED

Intermediary Advice Info:

Advice Code:

Advice Info:

Beneficiary Bank Info:

Beneficiary Bank Advice Info:

Advice Code:

Advice Info:

Beneficiary Info:

Beneficiary Advice Info:

Advice Code:

Advice Info:

R 090816 000075

BANK TO BANK INFORMATION CONTINUED

Beneficiary MOP:

    MOP Code:

    MOP Info:

Bank to Bank Info:

Charges:

    Sender Charges:        Receiver Charges:                              Instructed:

    1.                     Currency:                                     Currency:
                           Amount:                                       Amount:        0
    2.                     Remote Initiator:                             Values quoted to customer:
    3.                     Remote Verifier:                              Amt(USD):
    4.                     Remote Releaser:                              Exch Rate:

Exchange Rate:                 Math Rule :       Misc Notes :
Spread:
Bank Op code:                      Authorization Method:
Message Index:                        Message Total:
Fee Account No:                                          Fx Ref No:

R 090816 000076

### ERRORS :

| DATE | TIME | TEXT |
|---|---|---|
| 09/19/2014 | 16:35:45 | OFAC Violation in Rec Name, Rec Info 'INTER' AVENIDA EL DORADO ENTRADA 2 INT. 6 NIT #: 860009526-3 (COLOMBIA) ALIASES: INTERCONTINENTAL DE AVIACION S.A. BOGO Source: US Treasury SDN List Stop Name: INTER |
| 09/19/2014 | 16:42:08 | Actimize(1) HOLD TransactionRiskScore: 0.0 |

### AUDIT TRAIL :

| DATE | TIME | USER | STATUS | DURATION | COMMAND | ACCOUNT NO |
|---|---|---|---|---|---|---|
| 09/19/2014 | 16:43:00 | ACTIMIZE | EXTINTEX | 0.00 | FREE | 1501552115 |
| 09/19/2014 | 16:41:58 | VCHU | OFACCONF | 11.00 | OFACCONF | 1501552115 |
| 09/19/2014 | 16:41:43 | TERRANOVA | OFACOUT | 30.00 | OFACOUT | 1501552115 |
| 09/19/2014 | 16:35:44 | WORRELL | REMOTE | 22.00 | REMOTE | 1501552115 |

### NOTES :

| ROUTE NAME | VERSION | INCLUDE | TEXT |
|---|---|---|---|
| | 0.00 | | Client initiated payment. |
| | | | WORRELL 09/19/2014 16:35:31 |

### BSA NOTES :

Name
Address

City                State             Zip
Phone               SSN               Tax Payer ID
Driver License      State Issued      Expiration
Comments

### ORIGINAL RAW MESSAGE :

ID
FILE
DIRECTION
SWIFT ID
TIME STAMP
DATE PROCESSED
CONTENTS

R 090816 000077

**OUTGOING RAW MESSAGE 1 :**

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

**OUTGOING RAW MESSAGE 2:**

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

**CTP-COVER :**

| Originator (50a) | Beneficiary (59) |
|---|---|
| Originating Bank (52a) | Beneficiary Bank (57a) |
| Remittance info (70) | Intermediary Bank (56a) |
| Sender to Receiver info (72) | Instructed Amount (33b) |
| | Amount:        0 |
| | Code: |

**CTP-EXTERNAL RELATED REMITTANCE :**

ID:

Electronic Address:


Name:

Department:

Sub-Department:

Street Name:

Building Number:                          Post Code:

Town Name:

Country Sub Division:                      Country Code:

Location Method:                           Address Type:

Address :

CTP-UNSTRUCTURED REMITTANCE :

Unstructured Remittance Contents:

CTP-STRUCTURED REMITTANCE PARTIES :

## REMITTANCE ORIGINATOR

Name:

ID Type:        ID Code:

ID Number:                                ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:                Post Code:                Town Name:

Country Sub Division:                        Country Code:        Address Type:

Address :

## CONTACT DETAILS

Name:

Phone Number:                        Mobile Number:

Fax Number:                        Other Information:

Electronic Address:

## REMITTANCE BEREFICIARY

Name:

ID Type:        ID Code:

ID Number:                                ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:                Post Code:                Town Name:

Country Sub Division:                        Country Code:        Address Type:

Address :

R 090816 000080

## REMITTANCE DETAILS

PR Type:                    PR Proprietary Type:

PR ID:                                              PR Issuer :

Actual Cur:          Actual Amount:               Gross Curr:          Gross Amount:

Disc Curr:           Disc Amount:                 Adj Curr:            Adj Amount:

Rem Date:                                          Adj Reason:          Adj CR/DB:

Adjustment Additional Information:


Sec Type:                   Sec Proprietary Type:

Sec ID:                                            Sec Issuer :

Free text:


## CTP-NOTIFICATION INFO :

Notification flag:

Name:

Phone Number:                                Mobile Number:

Fax Number:                                  Other Information:

Address:

## Outgoing FED Message

Printed: 9/7/2016 10:12:48AM                    Requested By:    PAHUJA

VERSION:        0

### MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $2,000,000.00 | Message ID: | 140919163409H102 | PDM: | |
| Currency: | USD | Latest Version: | 0 | Priority: | M |
| Value Date: | 09/19/2014 | Time: | 16:35:00 | URC: | |
| Bank ID: | 075 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 075BR204 | Template: | |
| Message Subtype: | 00 | Charge: | | Purpose of wire: | |
| Fee: | 0.00 | Source: | CSH | | |
| Ref. No.: | 140919163409H102 | External Ref.: | SIGNY2621049 | Country Code : | US |

### MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 026013576 | Sender Name: | SIGNATURE BANK | Ref. No.: | 140919163409H102 |
| Receiver ABA: | 026013576 | Receiver Name: | SIGNATURE BANK | Prod. Code: | CTR |
| Ref. IMAD: | | | | Local Instrument Code: | |

IMAD:       20140919B6B7261F001046                    Prop. Code:

OMAD:      20140919B6B7261F00094209191639FT03                    Ref. for Bnf.:

As of Reason:        As of Date:                    Disposition:

Acc Off:    075        Account:    1501552115        Acc. Type:    DDA        Initiator ID:

Cr Acc Off:        Cr Acc No:        Cr Acc Type:

Db Advice:        Db Fee:        Cr Advice:        Cr Fee:

Drawdown Credit Account:

Originator:        Originator Option F:    N        Beneficiary:

1501552115        1500936416

RIVERSIDE ABSTRACT LLC - ESCRO        Congregation Kahal Minchas Chinuch.

ESCROW

212 2ND ST. SUITE 502

LAKEWOOD NJ 08701        Beneficiary Bank:

Originator Bank:

R 090816 000082

Page 1 of 9

MESSAGE TEXT CONTINUED

Instructing Bank:                                    Intermediary Bank:

Drawdown Debit Account:                              Correspondent Bank:

Originator Bank Info:        B/O=Riverside Abstract LLC -Escrow REF=Riverside 7182524200

Free Text:

BANK TO BANK INFORMATION

Receiver Bank Info:

Drawdown Debit Account:
        Advice Code:

        Advice Info:

Intermediary Bank Info:

R 090816 000083

BANK TO BANK INFORMATION CONTINUED

Intermediary Advice Info:

      Advice Code:

      Advice Info:

Beneficiary Bank Info:

Beneficiary Bank Advice Info:

      Advice Code:

      Advice Info:

Beneficiary Info:

Beneficiary Advice Info:

      Advice Code:

      Advice Info:

R 090816 000084

BANK TO BANK INFORMATION CONTINUED

Beneficiary MOP:

      MOP Code:

      MOP Info:

Bank to Bank Info:

Charges:

    Sender Charges:        Receiver Charges:               Instructed:

      1.            Currency:              Currency:
                    Amount:               Amount:    0
      2.            Remote Initiator:       Values quoted to customer:
      3.            Remote Verifier:         Amt(USD):
      4.            Remote Releaser:        Exch Rate:

Exchange Rate:          Math Rule :      Misc Notes :
Spread:
Bank Op code:           Authorization Method:
Message Index:              Message Total:
Fee Account No:                     Fx Ref No:

**ERRORS :**

| DATE | TIME | TEXT |
|---|---|---|
| 09/19/2014 | 16:35:22 | Actimize(1) HOLD TransactionRiskScore: 0.0 |

**AUDIT TRAIL :**

| DATE | TIME | USER | STATUS | DURATION | COMMAND | ACCOUNT NO |
|---|---|---|---|---|---|---|
| 09/19/2014 | 16:39:02 | ACTIMIZE | EXTINTEX | 0.00 | FREE | 1501552115 |
| 09/19/2014 | 16:35:18 | WORRELL | REMOTE | 18.00 | REMOTE | 1501552115 |

**NOTES :**

| ROUTE NAME | VERSION | INCLUDE | TEXT |
|---|---|---|---|
| | 0.00 | | Client initiated payment. |
| | | | WORRELL 09/19/2014 16:35:15 |

**BSA NOTES :**

Name

Address

| City | State | Zip |
|---|---|---|
| Phone | SSN | Tax Payer ID |
| Driver License | State Issued | Expiration |

Comments

**ORIGINAL RAW MESSAGE :**

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

**OUTGOING RAW MESSAGE 1 :**

R 090816 000086

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

**OUTGOING RAW MESSAGE 2:**

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

**CTP-COVER :**

| | |
|---|---|
| Originator (50a) | Beneficiary (59) |
| Originating Bank (52a) | Beneficiary Bank (57a) |
| Remittance info (70) | Intermediary Bank (56a) |
| Sender to Receiver info (72) | Instructed Amount (33b) |
| | Amount:        0 |
| | Code: |

**CTP-EXTERNAL RELATED REMITTANCE :**

ID:
Electronic Address:


Name:
Department:
Sub-Department:
Street Name:
Building Number:                                    Post Code:
Town Name:
Country Sub Division:                               Country Code:
Location Method:                                    Address Type:
Address :


CTP-UNSTRUCTURED REMITTANCE :

Unstructured Remittance Contents:

CTP-STRUCTURED REMITTANCE PARTIES :

R 090816 000088

## REMITTANCE ORIGINATOR

Name:

ID Type:          ID Code:

ID Number:                          ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:                Post Code:              Town Name:

Country Sub Division:                                   Country Code:          Address Type:

Address :

## CONTACT DETAILS

Name:

Phone Number:                       Mobile Number:

Fax Number:                         Other Information:

Electronic Address:

## REMITTANCE BEREFICIARY

Name:

ID Type:          ID Code:

ID Number:                          ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:                Post Code:              Town Name:

Country Sub Division:                                   Country Code:          Address Type:

Address :

R 090816 000089

## REMITTANCE DETAILS

PR Type:                PR Proprietary Type:

PR ID:                                         PR Issuer :

Actual Cur:        Actual Amount:             Gross Curr:        Gross Amount:

Disc Curr:         Disc Amount:               Adj Curr:          Adj Amount:

Rem Date:                                     Adj Reason:        Adj CR/DB:

Adjustment Additional Information:


Sec Type:               Sec Proprietary Type:

Sec ID:                                        Sec Issuer :

Free text:

## CTP-NOTIFICATION INFO :

Notification flag:

Name:

Phone Number:                     Mobile Number:

Fax Number:                       Other Information:

Address:

R 090816 000090

Page 9 of 9

## Outgoing FED Message

Printed: 9/7/2016  10:14:51AM      **Requested By:**    PAHUJA

VERSION:    0

### MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $500,000.00 | Message ID: | 140922104358H100 | PDM: | |
| Currency: | USD | Latest Version: | 0 | Priority: | M |
| Value Date: | 09/22/2014 | Time: | 10:47:20 | URC: | |
| Bank ID: | 075 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 075BR204 | Template: | |
| Message Subtype: | 00 | Charge: | | Purpose of wire: | |
| Fee: | 0.00 | Source: | CSH | | |
| Ref. No.: | 140922104358H100 | External Ref.: | SIGNY2650252 | Country Code : | US |

### MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 026013576 | Sender Name: | SIGNATURE BANK | Ref. No.: | 140922104358H100 |
| Receiver ABA: | 021000021 | Receiver Name: | JPMORGAN CHASE BAN | Prod. Code: | CTR |
| Ref. IMAD: | | | | Local Instrument Code: | |

IMAD:    20140922B6B7261F000149          Prop. Code:

OMAD:    20140922B1QGC01R01934809221053FT03          Ref. for Bnf.:

| | | | | | |
|---|---|---|---|---|---|
| As of Reason: | | As of Date: | | Disposition: | |
| Acc Off: | 075 | Account: | 1501552115 | Acc. Type: | DDA | Initiator ID: |
| Cr Acc Off: | | Cr Acc No: | | Cr Acc Type: | |
| Db Advice: | | Db Fee: | | Cr Advice: | | Cr Fee: |

Drawdown Credit Account:

Originator:          Originator Option F:    N          Beneficiary:

1501552115          426518275

RIVERSIDE ABSTRACT LLC - ESCRO          Reliable Abstract LLC

ESCROW

212 2ND ST. SUITE 502

LAKEWOOD NJ 08701

Originator Bank:          Beneficiary Bank:

## MESSAGE TEXT CONTINUED

Instructing Bank:                                              Intermediary Bank:

Drawdown Debit Account:                                        Correspondent Bank:

Originator Bank Info:        B/O=Riverside Abstract LLC -Escrow REF=Riverside Abstract 7182524200

Free Text:

## BANK TO BANK INFORMATION

Receiver Bank Info:

Drawdown Debit Account:
        Advice Code:

        Advice Info:

Intermediary Bank Info:

## BANK TO BANK INFORMATION CONTINUED

Intermediary Advice Info:

    Advice Code:

    Advice Info:

Beneficiary Bank Info:

Beneficiary Bank Advice Info:

    Advice Code:

    Advice Info:

Beneficiary Info:

Beneficiary Advice Info:

    Advice Code:

    Advice Info:

BANK TO BANK INFORMATION CONTINUED

Beneficiary MOP:

      MOP Code:

      MOP Info:

Bank to Bank Info:

Charges:

   Sender Charges:      Receiver Charges:      Instructed:

                 Currency:             Currency:

    1.          Amount:             Amount:   0

    2.          Remote Initiator:      Values quoted to customer:

    3.          Remote Verifier:        Amt(USD):

    4.          Remote Releaser:        Exch Rate:

Exchange Rate:         Math Rule :     Misc Notes :

Spread:

Bank Op code:           Authorization Method:

Message Index:            Message Total:

Fee Account No:                      Fx Ref No:

R 090816 000094

ERRORS :

| DATE | TIME | TEXT |
|------|------|------|
| 09/22/2014 | 10:47:40 | Actimize(1) HOLD TransactionRiskScore: 0.0 |

AUDIT TRAIL :

| DATE | TIME | USER | STATUS | DURATION | COMMAND | ACCOUNT NO |
|------|------|------|--------|----------|---------|------------|
| 09/22/2014 | 10:53:12 | ACTIMIZE | EXTINTEX | 0.00 | FREE | 1501552115 |
| 09/22/2014 | 10:47:32 | LASSITER | REMOTE | 12.00 | REMOTE | 1501552115 |

NOTES :

| ROUTE NAME | VERSION | INCLUDE | TEXT |
|------------|---------|---------|------|
| | 0.00 | | Client initiated payment. |

LASSITER 09/22/2014 10:47:29

BSA NOTES :

Name

Address

City                    State                Zip

Phone                   SSN                  Tax Payer ID

Driver License          State Issued         Expiration

Comments

ORIGINAL RAW MESSAGE :

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

OUTGOING RAW MESSAGE 1 :

R 090816 000095

ID
FILE
DIRECTION
SWIFT ID
TIME STAMP
DATE PROCESSED
CONTENTS

OUTGOING RAW MESSAGE 2:

ID
FILE
DIRECTION
SWIFT ID
TIME STAMP
DATE PROCESSED
CONTENTS

CTP-COVER :

Originator (50a)                          Beneficiary (59)

Originating Bank (52a)                    Beneficiary Bank (57a)

Remittance info (70)                      Intermediary Bank (56a)

Sender to Receiver info (72)              Instructed Amount (33b)

                                          Amount:        0

                                          Code:

CTP-EXTERNAL RELATED REMITTANCE :

R 090816 000096

Page 6 of 9

ID:

Electronic Address:

Name:

Department:

Sub-Department:

Street Name:                                          Post Code:

Building Number:

Town Name:                                            Country Code:

Country Sub Division:                                 Address Type:

Location Method:

Address :

CTP-UNSTRUCTURED REMITTANCE :

Unstructured Remittance Contents:

CTP-STRUCTURED REMITTANCE PARTIES :

R 090816 000097

## REMITTANCE ORIGINATOR

Name:

ID Type:     ID Code:

ID Number:                 ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:                                Town Name:

Building Number:         Post Code:                Country Code:       Address Type:

Country Sub Division:

Address :

## CONTACT DETAILS

Name:                               Mobile Number:

Phone Number:

Fax Number:                        Other Information:

Electronic Address:

## REMITTANCE BEREFICIARY

Name:

ID Type:     ID Code:

ID Number:                 ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:                                Town Name:

Building Number:         Post Code:                Country Code:       Address Type:

Country Sub Division:

Address :

R 090816 000098

## REMITTANCE DETAILS

PR Type:                PR Proprietary Type:

PR ID:                                                PR Issuer :

Actual Cur:        Actual Amount:              Gross Curr:        Gross Amount:

Disc Curr:         Disc Amount:                Adj Curr:          Adj Amount:

Rem Date:                                             Adj Reason:        Adj CR/DB:

Adjustment Additional Information:


Sec Type:                Sec Proprietary Type:

Sec ID:                                               Sec Issuer :

Free text:

## CTP-NOTIFICATION INFO :

Notification flag:

Name:

Phone Number:                         Mobile Number:

Fax Number:                           Other Information:

Address:

## Outgoing FED Message

Printed: 9/7/2016 10:16:42AM                    Requested By:    PAHUJA

VERSION:        0

### MESSAGE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Amount: | $1,200,000.00 | Message ID: | 140917162202H100 | PDM: | |
| Currency: | USD | Latest Version: | 0 | Priority: | M |
| Value Date: | 09/17/2014 | Time: | 16:28:29 | URC: | |
| Bank ID: | 075 | Department: | WIR | Status: | COMPLETE |
| Message Type: | 10 | Branch: | 075BR204 | Template: | |
| Message Subtype: | 00 | Charge: | | Purpose of wire: | |
| Fee: | 0.00 | Source: | CSH | | |
| Ref. No.: | 140917162202H100 | External Ref.: | SIGNY2601026 | Country Code : | US |

### MESSAGE TEXT

| | | | | | |
|---|---|---|---|---|---|
| Sender ABA: | 026013576 | Sender Name: | SIGNATURE BANK | Ref. No.: | 140917162202H100 |
| Receiver ABA: | 026013576 | Receiver Name: | SIGNATURE BANK | Prod. Code: | CTR |
| Ref. IMAD: | | | | Local Instrument Code: | |
| IMAD: | 20140917B6B7261F001002 | | Prop. Code: | | |
| OMAD: | 20140917B6B7261F00086009171641FT03 | | | Ref. for Bnf.: | |
| As of Reason: | | As of Date: | | Disposition: | |
| Acc Off: | 075 | Account: | 1501552115 | Acc. Type: | DDA | Initiator ID: |
| Cr Acc Off: | | Cr Acc No: | | Cr Acc Type: | |
| Db Advice: | | Db Fee: | | Cr Advice: | | Cr Fee: |

Drawdown Credit Account:

Originator:            Originator Option F:    N          Beneficiary:

1501552115                                                1501948221

RIVERSIDE ABSTRACT LLC - ESCRO                            3052 Brighton first LLC

ESCROW

212 2ND ST. SUITE 502

LAKEWOOD NJ 08701

Originator Bank:                                          Beneficiary Bank:

R 090816 000100

MESSAGE TEXT CONTINUED

Instructing Bank:                                   Intermediary Bank:

Drawdown Debit Account:                             Correspondent Bank:

Originator Bank Info:      B/O=Riverside Abstract LLC -Escrow

Free Text:

BANK TO BANK INFORMATION

Receiver Bank Info:

Drawdown Debit Account:
    Advice Code:

    Advice Info:

Intermediary Bank Info:

R 090816 000101

## BANK TO BANK INFORMATION CONTINUED

Intermediary Advice Info:

    Advice Code:

    Advice Info:

Beneficiary Bank Info:

Beneficiary Bank Advice Info:

    Advice Code:

    Advice Info:

Beneficiary Info:

Beneficiary Advice Info:

    Advice Code:

    Advice Info:

R 090816 000102

BANK TO BANK INFORMATION CONTINUED

Beneficiary MOP:

    MOP Code:

    MOP Info:

Bank to Bank Info:

Charges:

   Sender Charges:      Receiver Charges:          Instructed:

                   Currency:               Currency:

    1.            Amount:                Amount:    0

    2.           Remote Initiator:       Values quoted to customer:

    3.           Remote Verifier:         Amt(USD):

    4.           Remote Releaser:         Exch Rate:

Exchange Rate:         Math Rule :      Misc Notes :

Spread:

Bank Op code:          Authorization Method:

Message Index:          Message Total:

Fee Account No:                     Fx Ref No:

R 090816 000103

ERRORS :

| DATE | TIME | TEXT |
|---|---|---|
| 09/17/2014 | 16:23:34 | OFAC Violation in Bnf BRIGHT AFF: IRAN ISLAMIC REPUBLIC OF OriginalSource: OFAC OriginalID: 15723 OtherInformation: VESSEL TYPE: Crude Oil Tan Source: US Treasury SDN List Stop Name: BRIGHT |
| 09/17/2014 | 16:28:43 | Actimize(1) HOLD TransactionRiskScore: 0.0 |

AUDIT TRAIL :

| DATE | TIME | USER | STATUS | DURATION | COMMAND | ACCOUNT NO |
|---|---|---|---|---|---|---|
| 09/17/2014 | 16:41:24 | ACTIMIZE | EXTINTEX | 0.00 | FREE | 1501552115 |
| 09/17/2014 | 16:28:40 | VCHU | OFACCONF | 11.00 | OFACCONF | 1501552115 |
| 09/17/2014 | 16:28:19 | KOUPERMAN | OFACOUT | 11.00 | OFACOUT | 1501552115 |
| 09/17/2014 | 16:23:31 | SANCIMINO | REMOTE | 12.00 | REMOTE | 1501552115 |

NOTES :

| ROUTE NAME | VERSION | INCLUDE | TEXT |
|---|---|---|---|
| | 0.00 | | Client initiated payment. |
| | | | SANCIMINO 09/17/2014 16:23:28 |

BSA NOTES :

Name

Address

City                    State                    Zip

Phone                   SSN                      Tax Payer ID

Driver License          State Issued             Expiration

Comments

ORIGINAL RAW MESSAGE :

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

R 090816 000104

OUTGOING RAW MESSAGE 1 :

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

OUTGOING RAW MESSAGE 2:

ID

FILE

DIRECTION

SWIFT ID

TIME STAMP

DATE PROCESSED

CONTENTS

CTP-COVER :

Originator (50a)                                Beneficiary (59)

Originating Bank (52a)                          Beneficiary Bank (57a)

Remittance info (70)                            Intermediary Bank (56a)

Sender to Receiver info (72)                    Instructed Amount (33b)

                                                Amount:      0

                                                Code:

CTP-EXTERNAL RELATED REMITTANCE :

R 090816 000105

ID:
Electronic Address:

Name:
Department:
Sub-Department:
Street Name:
Building Number:                                    Post Code:
Town Name:
Country Sub Division:                               Country Code:
Location Method:                                    Address Type:
Address :

**CTP-UNSTRUCTURED REMITTANCE :**

Unstructured Remittance Contents:

**CTP-STRUCTURED REMITTANCE PARTIES :**

R 090816 000106

## REMITTANCE ORIGINATOR

Name:

ID Type:          ID Code:

ID Number:                                ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:               Post Code:              Town Name:

Country Sub Division:                      Country Code:        Address Type:

Address :

## CONTACT DETAILS

Name:

Phone Number:                  Mobile Number:

Fax Number:                    Other Information:

Electronic Address:

## REMITTANCE BEREFICIARY

Name:

ID Type:          ID Code:

ID Number:                                ID Number Issuer:

Date and Place of Birth :

Department :

Sub-Department:

Street Name:

Building Number:               Post Code:              Town Name:

Country Sub Division:                      Country Code:        Address Type:

Address :

R 080816 000107

## REMITTANCE DETAILS

PR Type:                    PR Proprietary Type:

PR ID:                                          PR Issuer :

Actual Cur:          Actual Amount:             Gross Curr:        Gross Amount:

Disc Curr:           Disc Amount:               Adj Curr:          Adj Amount:

Rem Date:                                       Adj Reason:        Adj CR/DB:

Adjustment Additional Information:


Sec Type:                   Sec Proprietary Type:

Sec ID:                                         Sec Issuer :

Free text:


## CTP-NOTIFICATION INFO :

Notification flag:

Name:

Phone Number:                        Mobile Number:

Fax Number:                          Other Information:

Address:

Check Image



R 090816 000109

# EXHIBIT F

100007258.1

> To: Shaul C. Greenwald, Esq.
> Subject: Re: [WARNING: DKIM validation failed]
>
> John st contract recordid
>
> Sent from my iPhone
>
>> On Nov 9, 2014, at 5:25 PM, "Shaul C. Greenwald, Esq." <sgreenwald@rsabstract.com> wrote:
>>
>> What??
>>
>> Shaul
>>
>> Shaul C. Greenwald, Esq.
>> Chief Executive Officer
>> Riverside Abstract
>> 3839 Flatlands Avenue, Suite 208
>> Brooklyn, NY 11234
>> T: (718) 252-4200
>> C: (347) 844-2729
>> F: (718) 252-4226
>> E: sgreenwald@rsabstract.com
>>
>>
>> —— Original Message ——
>> From: oldenequitiesgroup@gmail.com [mailto:oldenequitiesgroup@gmail.com]
>> Sent: Sunday, November 09, 2014 05:23 PM
>> To: Shaul C. Greenwald, Esq.
>> Subject: [WARNING: DKIM validation failed]
>>
>> I didn't want John at recordid
>>
>> Sent from my iPhone



EXHIBIT
Greenwald
5.
7-2-15

R000547