R3M LAW, LLP  
335 Madison Avenue, 9th Floor  
New York, NY 10017  
646.453.7851  
Howard P. Magaliff

Hearing Date and Time: 11/13/23 at 11:00 a.m.  
Objection Date and Time: 11/7/23 at 5:00 p.m.

*Co-Counsel for Congregation Kahal Minchas Chinuch*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------------------- x

|  |  |
|---|---|
| In re: | |
| 45 JOHN LOFTS, LLC, | Case No. 16-12043 (SHL) |
| Debtor. | |

-------------------------------------------------------------- x

|  |  |
|---|---|
| 45 JOHN LOFTS, LLC, | |
| Plaintiff, | Adv. Pro. No. 17-01179 (SHL) |
| v. | |
| MERIDIAN CAPITAL GROUP LLC, *et al.*, | |
| Defendants | |

-------------------------------------------------------------- x

## NOTICE OF HEARING ON MOTION FOR STAY PENDING APPEAL

**PLEASE TAKE NOTICE** that a hearing to consider the motion (the "Motion") dated November 1, 2023 of Chaim Babad and Congregation Kahal Minchas Chinuch (the "Defendants"), seeking the entry of an order pursuant to Rule 8007 of the Federal Rules of Bankruptcy Procedure to stay enforcement of a judgment against the Defendants entered by the Court in favor of the debtor, 45 John Lofts, LLC, on June 2, 2023, pending appeal of the judgment and related memorandum of decision dated April 14, 2023, will be held on November 13, 2023 at 11:00 a.m. before the Honorable Sean H. Lane, United States Bankruptcy Judge. The hearing will be conducted virtually using Zoom for Government. Parties wishing to appear must register in advance using the Electronic Appearance portal located on the Court's website at *http://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl*.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion must be made in writing, conform to the Federal Rules of Bankruptcy Procedure and be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, in text-searchable Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format

(in either case, with a hard copy delivered to Chambers), and be served by email upon: (i) R3M Law, LLP, Attn: Howard P. Magaliff, Esq., *hmagaliff@r3mlaw.com*, and (ii) Brendan C. Kombol, Esq., *bkombol@yellenlaw.com* so as to actually be filed with the Bankruptcy Court and received by the parties listed above no later than November 7, 2023 at 5:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed and received, the Bankruptcy Court may approve the Motion at the Hearing. Objecting parties are required to attend the hearing and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
November 2, 2023

R3M LAW, LLP
Co-Counsel for Congregation Kahal Minchas Chinuch
By:

/s/ Howard P. Magaliff
335 Madison Avenue, 9th Floor
New York, NY 10017
646.453.7851
*hmagaliff@r3mlaw.com*

4874-0781-7101, v. 1