UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
                                                            :
In re:                                                      :
                                                            :          Case No. 16-12043 (SHL)
45 JOHN LOFTS, LLC,                                         :
                                                            :
                                    Debtor.                 :
----------------------------------------------------------- x
                                                            :
45 JOHN LOFTS, LLC,                                         :
                                                            :          Adv. Pro. No. 17-01179 (SHL)
                                    Plaintiff,              :
                                                            :
                    v.                                      :
                                                            :
MERIDIAN CAPITAL GROUP LLC, *et al.,*                       :
                                                            :
                                    Defendants              :
----------------------------------------------------------- x

### ORDER AUTHORIZING R3M LAW, LLP TO WITHDRAW AS
### COUNSEL FOR CONGREGATION KAHAL MINCHAS CHINUCH

Upon the motion dated January 26, 2024 of R3M Law, LLP ("R3M") for an order

authorizing R3M to withdraw as counsel for Congregation Kahal Minchas Chinuch (the "Con-

gregation"), and sufficient notice having been given, and it appearing that R3M has established

sufficient grounds and cause to withdraw, and no adverse interest appearing, it is

**ORDERED** that pursuant to Rule 1.4 of the Local Rules of the United States Dis-

trict Courts for the Southern and Eastern Districts of New York, R3M is authorized to withdraw

as counsel for the Congregation; and it is further

**ORDERED** that R3M shall have a retaining lien to secure the sum of $55,174 on

all papers which came into R3M's possession and all work product produced by R3M as the

4873-3109-3152, v. 1

result of its professional representation of the Congregation until such time as all unpaid fees and

disbursements owed to R3M have been paid in full; and it is further

**ORDERED** that the Clerk of the Court is directed to terminate ECF notification

in the case and the adversary proceeding for Howard Magaliff.


Dated: White Plains, New York
       October 4, 2024                          */s/ Sean H. Lane*
                                                United States Bankruptcy Judge